# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hincklease, Inc. Attn: Bill Jeffries 2305 President's Dr., Ste. F Salt Lake City, UT 84020 | | Vehicle Fleet Lease | | | | $239,089.84 |
| Austin Conrac, LLC Conrac Managing c/o Conrac Solutions 981 Lowell Ave. SW, #125 Renton, WA 98057 | | Austin Contract O&M Costs (Dollar & Thrifty) | | | | $165,849.00 |
| City of Austin c/o U.S. Bank, N.A. P.O. Box 70870 Saint Paul, MN 55170-9705 | | Thrifty CFCs | | | | $152,526.13 |
| City of Austin c/o U.S. Bank, N.A. P.O. Box 70870 Saint Paul, MN 55170-9705 | | Dollar CFCs | | | | $143,118.74 |
| ATS Processing Services 1150 N. Alma School Rd. Mesa, AZ 85201 | | Trade debt (Tolls) | Disputed | | | $117,083.22 |
| Highway Toll Administrations 66 Powerhouse Rd., #103 Roslyn Heights, NY 11577 | | Trade debt | Disputed | | | $110,799.54 |
| City of Austin 3600 Presidential Blvd., #411 Austin, TX 78719 | | Thrifty Concession Fees | | | | $98,079.47 |

| Debtor | Clearwater Transportation, Ltd. | | Case number (if known) | 19-50292-cag-11 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Austin** 3600 Presidential Blvd., #411 Austin, TX 78719 | | **Dollar Concession fees** | | | | $92,613.15 |
| **Union Leasing** P.O. Box 75850 Chicago, IL 60675-5850 | | **Vehicle Fleet Lease (tax reimbursement & invoice)** | | | | $70,132.95 |
| **DTG Operations, Inc. (Thrifty)** Lockbox Dept. 673 6242 E. 41st St. Tulsa, OK 74135 | | **Thrifty Franchise Fees** | | | | $65,699.96 |
| **DTG Operations, Inc. (Dollar)** Lockbox Dept. 673 6242 E. 41st St. Tulsa, OK 74135 | | **Dollar Franchise Fees** | | | | $58,601.60 |
| **Austin Conrac, LLC** Conrac Managing c/o Conrac Solutions 981 Lowell Ave. SW, #125 Renton, WA 98057 | | **Austn Conrac Base Rent (Dollar & Thrifty)** | | | | $36,375.00 |
| **City of Killeen** Finance Dept. Attn: Accounts Receivable P.O. Box 1329 Killeen, TX 76540 | | **Concession Fees (Dollar & Thrifty)** | | | | $26,535.68 |
| **Selig Leasing Company, Inc.** Attn: Steve Schaefer 2510 S. 108th St. West Allis, WI 53227 | | **Vehicle Fleet Lease** | | | | $25,770.16 |
| **Dent Crafters** 166 Briar Forest Dr. Bastrop, TX 78602 | | **Trade debt** | | | | $17,724.98 |
| **City of San Angelo** San Angelo Regional Airport 8618 Terminal Circle, #101 San Angelo, TX 76904 | | **Dollar & Thrifty Concession Agreement** | | | | $16,000.00 |
| **City of Austin** 3600 Presidential Blvd., #411 Austin, TX 78719 | | **Service Area Real Estate Lease** | | | | $15,881.25 |

| Debtor | Clearwater Transportation, Ltd. | | Case number (if known) | 19-50292-cag-11 | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Town North Nissan**<br>**9160A Research Blvd.**<br>**Austin, TX 78758** | | **Trade debt** | | | | **$13,506.53** |
| **City of San Angelo**<br>**San Angelo Regional Airport**<br>**8618 Terminal Circle, #101**<br>**San Angelo, TX 76904** | | **Hertz Concession Agreement (Rent and MAG)** | | | | **$12,791.16** |
| **Calhoun, Thomson & Matza**<br>**9500 Arboretum Blvd., #120**<br>**Austin, TX 78759** | | **Trade debt** | | | | **$12,000.00** |