UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CLEARWATER TRANSPORTATION, | § | |
| LTD. | § | |
| | § | |
| | § | |
| DEBTOR | § | CASE NO. 19-50292 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOW COMES NEWTEK SMALL BUSINESS FINANCE, LLC ("NEWTEK"), a party

in interest, which herewith gives notice of its appearance in said cause, and pursuant to

Rule 2002 of the Rules of Bankruptcy, requests that all notices given or required to be

given and all papers served or required to be served, including copies of all notices,

applications, motions, orders, pleadings, and all other papers filed in this case, be served

upon NEWTEK, by serving its attorney of record:

Michael Flume
FLUME LAW FIRM, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, Texas 78209
mflume@flumelaw.net

Dated this 15th day of February 2019.

Respectfully submitted,

FLUME LAW FIRM, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, Texas 78209
(210) 828-5641
(210) 821-6069 Facsimile
mflume@flumelaw.net

/s/ Michael Flume
MICHAEL FLUME
State Bar No. 07188480
ATTORNEYS FOR NEWTEK SMALL
BUSINESS FINANCE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, a true and correct copy of the foregoing Notice of Appearance was served via electronic means as listed on the Court's ECF noticing system or by regular first-class mail to the parties below.

*Debtor*
Clearwater Transportation, Ltd.
6013 Fountainwood
San Antonio, TX 78233

*U.S. Trustee*
Office of the United States Trustee-SA12
615 E. Houston, Room 533
P.O. Box 1539
San Antonio, TX 78295

*Debtor's Attorneys*
Patrick L. Huffstickler
Dykema Cox Smith
112 E. Pecan St. Ste. 1800
San Antonio, TX 78205
ECF: phuffstickler@dykema.com

*Notices of Appearance and Request for Service of Notice*
Don Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Ste. 300
San Antonio, TX 78295
Sanantonio.bankruptcy@publicans.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
Dallas.bankruptcy@publicans.com

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX
tleday@mvbalaw.com


*/s/ Michael Flume*
MICHAEL FLUME