# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Frost Money Market Account** | **Tax** | 1345 | $0.01 |
| 3.2. | **Frost Bank Operating Account** | **Checking** | 3077 | $189,664.16 |
| 3.3. | **First National Bank Texas Operating Account** | **Checking** | 5990 | $50.00 |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 5. | **Total of Part 1.** | | | $189,714.17 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
| --- | --- | --- |
| | Description, including name of holder of deposit | |
| 7.1. | **Deposit with Austin CONRAC** | $76,558.62 |

| 7.2. | **Frost Bank Certificates of Deposit securing Letter of Credit for Thrifty** | $210,576.49 |
|---|---|---|

| 7.3. | **Frost Bank Certificate of Deposit securing Letter of Credit for Dollar** | $209,498.86 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.           **$496,633.97**

<br>

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **34,787.89** | - | **0.00** | = .... | **$34,787.89** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **12,706.76** | - | **0.00** | = .... | **$12,706.76** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$47,494.65**

<br>

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

<br>

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

| | | | | |
|---|---|---|---|---|
| Inventory of rental cars - net | | $6,497,649.00 | book | $6,497,649.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $6,497,649.00 |

**24.** **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value          409,446.80   Valuation method   **Purchase Price**   Current Value          300,000.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office furniture and fixtures - net | $3,467.00 | book | $3,467.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment - net | $14,363.00 | book | $14,363.00 |
| Garage equipment - net | $10,118.00 | book | $10,118.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $27,948.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2016 Cadillac Escalade | $50,361.00 | book | $50,361.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                   | $50,361.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.1. | **Austin Airport leasehold improvements - net Austin Bergrstrom Airport - Debtor's CONRAC and Maintenance Locations** | **leasehold improvements** | **$940,501.00** | **book** | | **$940,501.00** |
| 55.2. | **Austin CONRAC Sub-Leases - Thrifty and Dollar** | **Sub-Lessee** | **Unknown** | | | **Unknown** |
| 55.3. | **San Angelo Concession Agreement San Angelo Airport** | **Operations at San Angelo Airport pursuant to Concession Agreement** | **Unknown** | | | **Unknown** |
| 55.4. | **Killeen-Fort Hood Airport Concession Agreement Killeen-Fort Hood Airport** | **Operations Under Concessions Agreement at Killeen-Fort Hood Airport** | **Unknown** | | | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    **$940,501.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Dollar, Thrifty and Hertz Franchise Agreements for Austin, Killeen-Fort Hood and San Angelo Airports** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
| --- | --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)
       **Intercompany Receivable from**     638,092.85   -              0.00   =
       **Clearwater Real Estate**           Total face amount    doubtful or uncollectible amount          **$638,092.85**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
       **Reimbursement due from Austin CONRAC (2018 and partial 2019 Concession Years (Est.)**                                **$574,598.09**
       Nature of claim
       Amount requested                  $0.00

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| Incentives under Hertz Vehicle Purchase Agreement (Est.) | $325,610.00 |

| | |
|---|---|
| 78. | **Total of Part 11.** $1,538,300.94 |
| | Add lines 71 through 77. Copy the total to line 90. |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $189,714.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $496,633.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $47,494.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,497,649.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $27,948.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,361.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $940,501.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,538,300.94 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,848,101.73 | + 91b. $940,501.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,788,602.73 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Bell County Appraisal District**
Creditor's Name

**P.O. Box 390**
**Belton, TX 76513**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Personal Property**

Describe the lien
**Tax Lien**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,442.92**     **Unknown**

**2.2** **Bexar County Tax Office**
Creditor's Name

**P.O. Box 2903**
**San Antonio, TX 78299-2903**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Personal Property**

Describe the lien
**Tax Lien**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$72.18**     **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Frost Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | | **Describe debtor's property that is subject to a lien** | $209,498.86 | $209,498.86 |
|---|---|---|---|---|
| | | **Certificate of Deposit Supporting Letter of Credit** | | |

**P.O. Box 1600**
**San Antonio, TX 78296**
Creditor's mailing address

**Describe the lien**
**Pledge of CD**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Frost Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | | **Describe debtor's property that is subject to a lien** | $210,576.49 | $210,576.49 |
|---|---|---|---|---|
| | | **Certificate of Deposit Supporting Letter of Credit** | | |

**P.O. Box 1600**
**San Antonio, TX 78296**
Creditor's mailing address

**Describe the lien**
**Pledge of CD**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **Funding Circle/Pioneer Park** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| | | **Describe debtor's property that is subject to a lien** | $236,700.00 | Unknown |
|---|---|---|---|---|
| | | **Receivables and other assets** | | |

**FC Marketplace, LLC**
**747 Front St., 4th Fl.**
**San Francisco, CA 94111**
Creditor's mailing address

**Describe the lien**
**UCC security interest**

**Is the creditor an insider or related party?**
■ No

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1656**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ Yes

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.6 | **Funding Metrics, LLC - d/b/a Lendini** | | |
|---|---|---|---|

Creditor's Name

**884 TownCenter Drive**
**Langhorne, PA 19047**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$222,727.06**     **Unknown**
**Receivables and other assets**

**Describe the lien**
**UCC security agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.7 | **GM Financial** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$30,478.91**     **$50,361.00**
**2016 Escalade**

**Describe the lien**
**Lien noted on Certificate of Title**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **IOU Central Inc.** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**     **$302,267.69**     **Unknown**

---

| | |
|---|---|
| Creditor's Name | Receivables and other assets |
| **600 TownPark Lane** | |
| **Suite 100** | |
| **Kennesaw, GA 30144** | |
| Creditor's mailing address | Describe the lien |
| | **UCC security interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| | | | |
|---|---|---|---|
| 2.9 | **Newtek Small Business Finance LLC** | Describe debtor's property that is subject to a lien | $641,519.00 Unknown |
| | Creditor's Name | **All assets** | |
| | **1981 Marcus Ave., #130** | | |
| | **Lake Success, NY 11042** | | |
| | Creditor's mailing address | Describe the lien | |
| | | **UCC security interest** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | | ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | | ☐ No | |
| | **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **5240** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| | | Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | |
| | | ☐ Disputed | |

| | | | |
|---|---|---|---|
| 2.10 | **Pearl Capital/Pearl Delta Funding** | Describe debtor's property that is subject to a lien | $307,735.00 Unknown |
| | Creditor's Name | **Receivables - other assets** | |
| | **100 William Street** | | |
| | **Suite 900** | | |
| | **New York, NY 10038** | | |
| | Creditor's mailing address | Describe the lien | |
| | | **UCC security interest** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | | ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | | ☐ No | |
| | **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1<br>1 | **The Bancorp Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**626 Jacksonville Road Suite 205 Warminster, PA 18974**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Vehicles**

_____

**Describe the lien**
**Certificate of Title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,137,734.19          Unknown

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1<br>2 | **Tom Green County Appraisal District** | | | |
|---|---|---|---|---|

Creditor's Name

**2302 Pulliam St. San Angelo, TX 76905**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Personal Property**

_____

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$13,151.08          Unknown

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1<br>3 | **Travis County Tax Assessor** | | | |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 149326 Austin, TX 78714-9326**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Personal Property**

_____

**Describe the lien**

$112,050.40          Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Tax Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,431,953.78 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Clearwater Transportation, Ltd.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **19-50292-cag-11**

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Austin Controllers Office**<br>**P.O. Box 2920**<br>**Austin, TX 78768-2920** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $777,115.37 | $777,115.37 |
| | Date or dates debt was incurred | Basis for the claim:<br>**City of Austin Town Lake Bond Fund - Thrifty** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**City of Austin Controllers Office**<br>**P.O. Box 2920**<br>**Austin, TX 78768-2920** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $711,066.72 | $711,066.72 |
| | Date or dates debt was incurred | Basis for the claim:<br>**City of Austin Town Lake Bond Fund - Dollar** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168,156.08 | $168,156.08 |
|---|---|---|---|---|

**Texas Comptroller of Public Accounts**
P.O. Box 13697
Austin, TX 78714-9348

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State of Texas Rental Vehicle Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**A&D Tests, Inc.**
P.O. Box 21701
Waco, TX 76702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.40 |
|---|---|---|---|

**ADT Security Service**
P.O. Box 371878
Pittsburgh, PA 15250-7878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.00 |
|---|---|---|---|

**Affiliated Auto Glass**
2125 S. Valley Mills Dr.
Waco, TX 76706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Airborne Express**
P.O. Box 91001
Seattle, WA 98111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All Lock-N-Key**
1018 W. Veterans Memorial
Killeen, TX 76541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allied Sales Company**
P.O. Box 6116
Austin, TX 78762-6156

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ally**
P.O. Box 9001948
Louisville, KY 40290-1949

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express**
P.O. Box 650448
Dallas, TX 75265-0448

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelo Auto Glass**
918 S. Irving
San Angelo, TX 76903

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelo Towing**
614 N. Poe St.
San Angelo, TX 76903

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,522.00 |
|---|---|---|---|

**Atchley & Associates**
1005 La Posada Dr., #180
Austin, TX 78752

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounting__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,083.22 |
|---|---|---|---|

**ATS Processing Services**
1150 N. Alma School Rd.
Mesa, AZ 85201

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Trade debt (Tolls)__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aus-Tex Service Station**
P.O. Box 2449
Pflugerville, TX 78691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Austex Environmental Solutions**
2909 Sixpence Ln.
Pflugerville, TX 78660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,625.00 |
|---|---|---|---|

**Austin Conrac, LLC**
Conrac Managing
c/o Conrac Solutions
981 Lowell Ave. SW, #125
Renton, WA 98057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Austin Contract O&M Costs (Dollar & Thrifty)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,375.00 |
|---|---|---|---|

**Austin Conrac, LLC**
Conrac Managing
c/o Conrac Solutions
981 Lowell Ave. SW, #125
Renton, WA 98057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Austn Conrac Base Rent (Dollar & Thrifty)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Austin Contrac**
Attn: Marshall Fein
P.O. Box 460208
San Antonio, TX 78246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Austin Kaplan**
Kaplan Law Firm, PLLC
406 Sterzing St.
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY (attorney for litigant)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Austin-Bergstrom International Airport**
3600 Presidential Blvd., #411
Austin, TX 78719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Auto Tag of America**
**6015 31st St. East, #100**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Autoap, Inc.**
**P.O. Box 91507**
**Portland, OR 97281-0507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.44 |
|---|---|---|---|

**Autonation**
**P.O. Box 731674**
**Dallas, TX 75373-1674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $197.99 |
|---|---|---|---|

**B&K Distributing**
**401 Westfall Trail**
**Liberty Hill, TX 78642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bancorp Bank**
**Attn: Paul F. Pollock**
**3755 Park Lake St.**
**Orlando, FL 32803-5265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bancorp Bank**
**3755 Park Lake St.**
**Orlando, FL 32803-5265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roger Beasley**
**4506 S. IH35**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Bestline Communication** | ☐ Contingent |
| | **500 Capital of Texas Hwy., Bldg 8, #200** | ☐ Unliquidated |
| | **Austin, TX 78746** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $19,016.83 |
| | **Big Boys Collision Center** | ☐ Contingent |
| | **15212 FM 1825** | ☐ Unliquidated |
| | **Pflugerville, TX 78660** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $40.00 |
| | **Bill's Towing & Storage** | ☐ Contingent |
| | **3700 Bacon Ranch Rd.** | ☐ Unliquidated |
| | **Killeen, TX 76542** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Bullet Towing** | ☐ Contingent |
| | **4402 Nixon Ln.** | ☐ Unliquidated |
| | **Austin, TX 78725** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Cadence Insurance** | ☐ Contingent |
| | **3801 Hulen St., #252** | ☐ Unliquidated |
| | **Fort Worth, TX 76107** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **Bill Caldwell** | ☐ Contingent |
| | **P.O. Box 3486** | ☐ Unliquidated |
| | **San Angelo, TX 76902** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __NOTICE ONLY__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $12,000.00 |
| | **Calhoun, Thomson & Matza** | ☐ Contingent |
| | **9500 Arboretum Blvd., #120** | ☐ Unliquidated |
| | **Austin, TX 78759** | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __CONRAC Audit__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calvert Collision Center**
**3003 S. Bryant Blvd.**
**San Angelo, TX 76903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capital Chevrolet**
**P.O. Box 1988**
**Austin, TX 78787-1988**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,968.41 |
|---|---|---|---|

**Capital One**
**P.O. Box 60599**
**City of Industry, CA 91716-0599**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Capitol Lites Auto Glass**
**3210 Whites Dr.**
**Austin, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cen-Tex Detail Supply**
**10829 Jollyville Rd.**
**Austin, TX 78759**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.98 |
|---|---|---|---|

**Central Texas Refuse, Inc.**
**P.O. Box 18685**
**Austin, TX 78760-8685**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cenveo St. Louis**
**P.O. Box 802035**
**Chicago, IL 60680-2035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lajuana Chester**
5817 Davenport Dr.
San Angelo, TX 76901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chrome**
700 NE Multnomah, #1500
Portland, OR 97232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.82 |
|---|---|---|---|

**Cintas Corporation**
97627 Eagle Way
Chicago, IL 60678-7627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.88 |
|---|---|---|---|

**Cintas FAS Lockbox**
P.O. Box 636525
Cincinnati, OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.25 |
|---|---|---|---|

**Cintas National Rental**
P.O. Box 633173
Cincinnati, OH 45263-3173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,118.74 |
|---|---|---|---|

**City of Austin**
c/o U.S. Bank, N.A.
P.O. Box 70870
Saint Paul, MN 55170-9705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Dollar CFCs__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Austin**
Controllers Office
P.O. Box 2920
Austin, TX 78768-2920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,613.15 |

**City of Austin**
**3600 Presidential Blvd., #411**
**Austin, TX 78719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Dollar Concession fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,079.47 |

**City of Austin**
**3600 Presidential Blvd., #411**
**Austin, TX 78719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Thrifty Concession Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,526.13 |

**City of Austin**
**c/o U.S. Bank, N.A.**
**P.O. Box 70870**
**Saint Paul, MN 55170-9705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Thrifty CFCs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,881.25 |

**City of Austin**
**3600 Presidential Blvd., #411**
**Austin, TX 78719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Service Area Real Estate Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,535.68 |

**City of Killeen**
**Finance Dept.**
**Attn: Accounts Receivable**
**P.O. Box 1329**
**Killeen, TX 76540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Concession Fees (Dollar & Thrifty)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,777.00 |

**City of Killeen**
**Finance Dept.**
**Attn: Accounts Receivable**
**P.O. Box 1329**
**Killeen, TX 76540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Dollar & Thrifty CFCs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Killeen**
**8101 Clear Creek Rd., Box C**
**Killeen, TX 76549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,242.46 |
|---|---|---|---|

**City of San Angelo**
**San Angelo Regional Airport**
**8618 Terminal Circle, #101**
**San Angelo, TX 76904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Hertz Concession Agreement (Rent and MAG)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**City of San Angelo**
**San Angelo Regional Airport**
**8618 Terminal Circle, #101**
**San Angelo, TX 76904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Dollar & Thrifty Concession Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of San Angelo Municipal Services**
**P.O. Box 5820**
**San Angelo, TX 76902-5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City Public Service**
**P.O. Box 2678**
**San Antonio, TX 78289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clay Cooley Nissan of Austin**
**4914 South IH 35**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Clearwater Management**
**6013 Fountainwood Dr.**
**San Antonio, TX 78233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Management Fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clearwater Real Estate**
**6013 Fountainwood Dr.**
**San Antonio, TX 78233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $917.76 |
|---|---|---|---|

**Colonial Supplemental Insurance**
P.O. Box 903
Columbia, SC 29202-0903

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Compound Security**
440 Industrial Blvd.
Austin, TX 78745

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,633.75 |
|---|---|---|---|

**Convergint Technologies**
35257 Eagle Way
Chicago, IL 60678-1352

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,537.45 |
|---|---|---|---|

**Covert Chrysler Dodge Jeep**
8107 Research Blvd.
Austin, TX 78758

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,932.76 |
|---|---|---|---|

**Customer Prepayments**
Multiple Customers Made Prepayments
Pending Future Rentals

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Rental Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.87 |
|---|---|---|---|

**Dahill**
P.O. Box 205354
Dallas, TX 75320-5354

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,724.98 |
|---|---|---|---|

**Dent Crafters**
166 Briar Forest Dr.
Bastrop, TX 78602

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.48 |

**Direct Energy**
P.O. Box 660190
Dallas, TX 75266

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,601.60 |

**DTG Operations, Inc. (Dollar)**
Lockbox Dept. 673
6242 E. 41st St.
Tulsa, OK 74135

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Dollar Franchise Fees__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,166.64 |

**DTG Operations, Inc. (Hertz)**
Lockbox Dept. 673
6242 E. 41st St.
Tulsa, OK 74135

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Hertz Franchise Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,699.96 |

**DTG Operations, Inc. (Thrifty)**
Lockbox Dept. 673
6242 E. 41st St.
Tulsa, OK 74135

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Thrifty Franchise Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.97 |

**Efficient Air Conditioning**
10315 Metropolitan Dr., Ste A
Austin, TX 78758

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Element Fleet**
Attn: Mary Pyle
P.O. Box 100363
Atlanta, GA 30384-0363

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.01 |

**Gerald Evans**
3211 Eisenhower Ave.
Lago Vista, TX 78645

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Excell Fuel Systems**
549 S. Loop 4
Buda, TX 78610

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fastsigns**
720 Knickerbocker Rd.
San Angelo, TX 76903

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fedex**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Firstmark Credit Union**
2023 Gold Canyon Drive
San Antonio, TX 78232

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Guaranty of Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.48 |
|---|---|---|---|

**Frontier Communications**
P.O. Box 740407
Cincinnati, OH 45274-0407

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frost Bank**
1250 N.E. Loop 410
San Antonio, TX 78209

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Garments To Go**
301 S. Jackson St.
Bastrop, TX 78602

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**H&H Waster Oil, Inc.**
**1331 Gemini, #250**
**Houston, TX 77058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harbor Properties**
**850 S. Hermitage Rd.**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Real estate lease (corporate office)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Henna Isuzu**
**8805 North IH 35**
**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.76 |
|---|---|---|---|

**Heritage Crystal Clean**
**13621 Collections Center Dr.**
**Chicago, IL 60693-0136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,799.54 |
|---|---|---|---|

**Highway Toll Administrations**
**66 Powerhouse Rd., #103**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239,089.84 |
|---|---|---|---|

**Hincklease, Inc.**
**Attn: Bill Jeffries**
**2305 President's Dr., Ste. F**
**Salt Lake City, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vehicle Fleet Lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $751.55 |
|---|---|---|---|

**Home Motors, Inc.**
**3828 Christoval Rd.**
**San Angelo, TX 76904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,672.87 |
|---|---|---|---|

**IPC USA**
**20 Pacifica, #650**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt (Tolls)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry's Texan Towing**
**P.O. Box 91403**
**Austin, TX 78709-2885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,543.42 |
|---|---|---|---|

**Jiffy Lube**
**P.O. Box 140699**
**Irving, TX 75014-0699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jim Bass Nissan**
**4052 Houston Harte Expwy.**
**San Angelo, TX 76901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Kennedy**
**7504 Mapleleaf Dr.**
**North Richland Hills, TX 76180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Killingsworth**
**2336 Friercreek Loop**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,978.07 |
|---|---|---|---|

**Klingmann Tire Service**
**5635 Hwy. 290 West**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leif Johnson Ford**
5315 E. Ben White Blvd.
Austin, TX 78741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Level 3**
P.O. Box 910182
Denver, CO 80291-0182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.49 |
|---|---|---|---|

**Liberty Tire Recycling**
P.O. Box 645375
Pittsburgh, PA 15264-5375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manheim Auctions**
5333 West Kiest Blvd.
Dallas, TX 75236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |
|---|---|---|---|

**Clyde H. Mann**
1510 Thornridge Rd.
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gene Manning**
6600 Ed Bluesteing Blvd., #914
Austin, TX 78723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,462.11 |
|---|---|---|---|

**Maxwell Nissan**
3050 N. IH35
Round Rock, TX 78681

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |

**Billy McGee**
**1307 Crete Ln.**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mercedes Benz of Georgetown**
**7401 S. IH 35**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Michael J. DePonte**
**Jackson Lewis P.C.**
**500 N. Akard, #2500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Millenium Business Forms**
**P.O. Box 6109**
**San Antonio, TX 78209-6109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$560.76** |

**Mitchell Toyota**
**1500 Knickerbocker Rd.**
**San Angelo, TX 76904-5517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Mossy Nissan**
**12150 Katy Frwy.**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,802.49** |

**Network Auto Body & Paint Shop**
**2035 Airport Blvd.**
**Austin, TX 78722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| 3.111 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |

**North Park Mazda**
9333 San Pedro
San Antonio, TX 78216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.112 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |

**Office Depot, Inc.**
P.O. Box 660113
Dallas, TX 75266-0113

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.113 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$75.00** |

**On Site Services**
8711 Burnet Rd., #A-6
Austin, TX 78757

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.114 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$225.00** |

**One Call Lock & Key**
P.O. Box 314
Dripping Springs, TX 78620

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.115 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |

**Orange's Lock & Lock**
1018 W. Veterans Memorial Blvd.
Killeen, TX 76541

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.116 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |

**Pardner's Body Shop**
2423 Sherwood Way
San Angelo, TX 76901

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.117 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$0.00** |

**Petroleum Solutions, Inc.**
P.O. Box 2346
McAllen, TX 78502

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Clearwater Transportation, Ltd. | Case number (if known) | 19-50292-cag-11 |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.03 |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pitney Bowes, Inc.**
P.O. Box 856042
Louisville, KY 40285-6042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pop-A-Lock**
720 N. Third St.
Temple, TX 76501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Precision PDR**
166 Briar Forest Dr.
Bastrop, TX 78602-4571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.80 |
|---|---|---|---|

**Quill**
P.O. Box 37600
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malcolm Redkey**
3309 Kay St.
Austin, TX 78702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rent A Toll, Ltd.**
Attn: Jim Glasheet
2081 Hutton Dr., #201
Carrollton, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NOTICE ONLY__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rios Towing Company**
1608 B. South IH35
San Marcos, TX 78666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rocha's Towing Service**
5700 Burleson Rd.
Austin, TX 78744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roger Beasley Mazda**
6825 Burnet Rd.
Austin, TX 78757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roger Beasley Mitsubishi South**
1120 Shelby Ln.
Austin, TX 78745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**S&P Communications**
6712 Randolph Blvd.
San Antonio, TX 78233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,034.01 |
|---|---|---|---|

**Safelite Glass Corp.**
P.O. Box 633197
Cincinnati, OH 45263-3197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sam's Club**
P.O. Box 530942
Atlanta, GA 30353-0942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**San Antonio Auto Title Service**
6325 San Pedro
San Antonio, TX 78212

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Sankey Equipment**
4331 Milling Rd.
San Antonio, TX 78219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
| --- | --- | --- | --- |

**Ken Schroeder**
1800 Barbara St.
Austin, TX 78757

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Scott B. Retzlott & Associates**
P.O. Box 790830
San Antonio, TX 78279-0830

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,770.16 |
| --- | --- | --- | --- |

**Selig Leasing Company, Inc.**
Attn: Steve Schaefer
2510 S. 108th St.
West Allis, WI 53227

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle Fleet Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.43 |
| --- | --- | --- | --- |

**Shine Brite Lube Center**
4232 Sherwood Way
San Angelo, TX 76904

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.74 |
| --- | --- | --- | --- |

**Sierra Springs**
P.O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Solid Border, Inc.**
**1806 Turnmill St.**
**San Antonio, TX 78248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sonoran National Insurance**
**Premium Accounting**
**7502 E. Pinnacle Peak, #B-210**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**South Austin Nissan**
**4914 S. IH35, Frontage Rd.**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**South Point Dodge**
**5210 IH35**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.28 |
|---|---|---|---|

**South Point Hyundai**
**4610 IH35 South**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.75 |
|---|---|---|---|

**South Point Pontiac Cadillac**
**4610 South IH 35**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Southpoint Kia**
**5306 IH35 South**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Spectrum Business**
P.O. Box 60074
City of Industry, CA 91716-0074

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $718.16 |
| --- | --- | --- | --- |

**Sprint**
P.O. Box 54977
Los Angeles, CA 90054-0977

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Telecommunications__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $760.00 |
| --- | --- | --- | --- |

**Star Windshield**
1110 Batavia Dr.
Pflugerville, TX 78660

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Subrogation Management**
204 E. Rhapsody
San Antonio, TX 78216

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.04 |
| --- | --- | --- | --- |

**Suddenlink**
P.O. Box 600365
Dallas, TX 75266-0365

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Sunoco**
P.O. Box 3445
San Angelo, TX 76902-3445

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,189.84 |
| --- | --- | --- | --- |

**T&C Wholesale**
P.O. Box 939
Mertzon, TX 76941-0939

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texas Tollways CSC**
12719 Burnet Rd.
Austin, TX 78727-4206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Paint Guy**
13359 N. Hwy 183, #406-137
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,442.00 |
|---|---|---|---|

**The Reinalt-Thomas Corporation**
P.O. Box 29851
Phoenix, AZ 85038-9851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Thornton**
4320 CR 223
Florence, TX 76527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Time Warner**
P.O. Box 60074
City of Industry, CA 91716-0074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tisdale Auto Title Services**
1903 Pat Booker Rd.
Universal City, TX 78148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Touch-Up Houston**
6511 Foxfern Circle
Houston, TX 77049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,425.00 |
|---|---|---|---|

**Touch-Up Texas**
P.O. Box 19793
Austin, TX 78760-9793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,506.53 |
|---|---|---|---|

**Town North Nissan**
9160A Research Blvd.
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.44 |
|---|---|---|---|

**Toyota of Cedar Park**
5600 183A Toll Rd.
Cedar Park, TX 78641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,303.40 |
|---|---|---|---|

**TSD**
P.O. Box 844617
Boston, MA 02284-4617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Point of Sale System**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Ray J. Twardowski**
126 Canyon Oaks Dr.
San Antonio, TX 78232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Treasury**
P.O. Box 660575
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,132.95 |
|---|---|---|---|

**Union Leasing**
P.O. Box 75850
Chicago, IL 60675-5850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vehicle Fleet Lease (tax reimbursement & invoice)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UST**
P.O. Box 970
La Verne, CA 91750-0970

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.36 |
|---|---|---|---|

**Walmart Community**
P.O. Box 530933, Dept. 87
Atlanta, GA 30353-0933

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walser Fleetsources**
920 5th St. South
Hopkins, MN 55343

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,155.64 |
|---|---|---|---|

**West Washing Equipment of Texas**
P.O. Box 18028
Austin, TX 78760

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Whiskey Dent Autobody**
2306 Village Circle
Austin, TX 78745

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Williams & Stazzone Insurance**
Attn: Elenie Howard
6549 N. Wickham Rd., Unit 101
Melbourne, FL 32940

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,656,338.17 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,760,383.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,416,721.44 |

Debtor name **Clearwater Transportation, Ltd.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **19-50292-cag-11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **ADP Payroll Processing Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ADP Total Source**<br>**10200 Sunset Dr.**<br>**Miami, FL 33173** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Consolidated Rental Car Facility Sublease Agreement (Thrifty) Austin-Bergstrom International Airport)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Austin Conrac, LLC**<br>**Attn: Marshall Fein**<br>**12130 Colwick**<br>**San Antonio, TX 78216** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Consolidated Rental Car Facility Sublease Agreement (Dollar) Austin-Bergstrom International Airport)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Austin Conrac, LLC**<br>**Attn: Marshall Fein**<br>**12130 Colwick**<br>**San Antonio, TX 78246** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Concession Agreement (Killeen-Ft. Hood Regional Airport)** | |
|---|---|---|---|
| | State the term remaining | | **City of Killeen** |
| | List the contract number of any government contract | | **8101 S. Clear Creek Rd., Box C** |
| | | | **Killeen, TX 76549** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Airport Lease** | |
|---|---|---|---|
| | State the term remaining | | **City of San Angelo Regional Airport** |
| | | | **Mathis Field** |
| | List the contract number of any government contract | | **8618 Terminal Circle, #101** |
| | | | **San Angelo, TX 76904** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Concession Agreement (Dollar/Thrifty)** | |
|---|---|---|---|
| | State the term remaining | | **City of San Angelo Regional Airport** |
| | | | **Mathis Field (Hertz)** |
| | List the contract number of any government contract | | **8618 Terminal Circle #101** |
| | | | **San Angelo, TX 76904** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Lease - 2.25 acres IH35 and Ekhardt, Schertz, TX** | |
|---|---|---|---|
| | State the term remaining | | **Clearwater Real Estate, LLC** |
| | List the contract number of any government contract | | **6013 Fountainwood** |
| | | | **San Antonio, TX 78233** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement, as Amended, and with Multiple-Brand Franchising Addendum and Confidentiality and Non-Competition Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Dollar Rent-A-Car, Inc.** |
| | List the contract number of any government contract | | **8501 Williams Road** |
| | | | **Estero, FL 33928** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing Agreement** | **First Data** |
|---|---|---|---|
| | | | **P.O. Box 8879** |
| | | | **Pompano Beach, FL 33075** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement (corporate offices)** | |
|---|---|---|---|
| | State the term remaining | | **Harbor Properties** |
| | List the contract number of any government contract | | **850 South Hermitage Rd. Suite B-1 Hermitage, PA 16148** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Hertz Franchise Agreement - San Angelo Regional Airport Location** | |
|---|---|---|---|
| | State the term remaining | | **Hertz System, Inc.** |
| | List the contract number of any government contract | | **8501 Williams Road Estero, FL 33928** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Fleet vehicle lease** | |
|---|---|---|---|
| | State the term remaining | | **Hincklease, Inc. Attn: Bill Jeffries** |
| | List the contract number of any government contract | | **2305 President's Dr., Ste. F Salt Lake City, UT 84120** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Insurance Policies (Commercial General Liability, Automobile Liability, Umbrella Liability, Garage Keepers Liability)** | |
|---|---|---|---|
| | State the term remaining | | **Scottsdale Insurance Company** |
| | List the contract number of any government contract | | **8877 North Gainey Center Drive Scottsdale, AZ 85258** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Fleet vehicle lease** | |
|---|---|---|---|
| | State the term remaining | | **Selig Leasing Company, Inc. Attn: Steve Schaefer** |
| | List the contract number of any government contract | | **2510 S. 108th St. West Allis, WI 53227** |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Car Concession Agreement (Dollar) Austin-Bergstrom International Airport** | |
|---|---|---|---|
| | State the term remaining | | **The City of Austin Director of Aviation 3600 Presidential Blvd., #411 Austin, TX 78719** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Car Concession Agreeement (Thrifty) Austin-Bergstrom International Airport** | |
|---|---|---|---|
| | State the term remaining | | **The City of Austin Director of Aviation 3600 Presidential Blvd., #411 Austin, TX 78719** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Lease - Service Area - Austin-Bergstrom International Airport** | |
|---|---|---|---|
| | State the term remaining | | **The City of Austin Director of Aviation 3600 Presidential Blvd., #411 Austin, TX 78719** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Purchase Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | | **The Hertz Corporation 8501 Williams Road Estero, FL 33928** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement, as Amended, and with Multiple-Brand Franchising Addendum and Confidentiality and Non-Competition Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Thrifty Rent-A-Car System, LLC 8501 Williams Road Estero, FL 33928** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Point of Sale Software** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**TSD**
**P.O. Box 844617**
**Boston, MA 02284**

Debtor name **Clearwater Transportation, Ltd.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **19-50292-cag-11**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Clearwater Real Estate, LLC** | **6013 Fountainwood San Antonio, TX 78233** | **The Bancorp Bank** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Clearwater Real Estate, LLC** | **6013 Fountainwood San Antonio, TX 78233** | **Newtek Small Business Finance LLC** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Clearwater Real Estate, LLC** | **6013 Fountainwood San Antonio, TX 78233** | **Pearl Capital/Pearl Delta Funding** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Clearwater Real Estate, LLC** | **6013 Fountainwood San Antonio, TX 78233** | **Firstmark Credit Union** | ☐ D _____ ■ E/F __3.79__ ☐ G _____ |
| 2.5 | **Clearwater Transportation Management Co.** | **6013 Fountainwood San Antonio, TX 78233** | **Pearl Capital/Pearl Delta Funding** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Clearwater Transportation Management Co. | 6013 Fountainwood San Antonio, TX 78233 | Newtek Small Business Finance LLC | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Monty Merrill | 6013 Fountainwood San Antonio, TX 78233 | Funding Circle/Pioneer Park | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Monty Merrill | 6013 Fountainwood San Antonio, TX 78233 | Funding Metrics, LLC - d/b/a Lendini | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Monty Merrill | 6013 Fountainwood San Antonio, TX 78233 | IOU Central Inc. | ■ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Monty Merrill | 6013 Fountainwood San Antonio, TX 78233 | Newtek Small Business Finance LLC | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Monty Merrill | 6013 Fountainwood San Antonio, TX 78233 | The Bancorp Bank | ■ D ___2.11___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Clearwater Transportation Management Co. | 6013 Fountainwood San Antonio, TX 78233 | Hincklease, Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.13___ |
| 2.13 | Monty Merrill | 6013 Fountainwood San Antonio, TX 78233 | Selig Leasing Company, Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.15___ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Monty Merrill**    6013 Fountainwood<br>San Antonio, TX 78233 | **Thrifty Rent-A-Car System, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   2.20 |
| 2.15 | **Monty Merrill**    6013 Fountainwood<br>San Antonio, TX 78233 | **Dollar Rent-A-Car, Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G   2.9 |
| 2.16 | **Monty Merrill**    6013 Fountainwood<br>San Antonio, TX 78233 | **The Hertz Corporation** | ☐ D _____<br>☐ E/F _____<br>■ G   2.19 |

Debtor name    **Clearwater Transportation, Ltd.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **19-50292-cag-11**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*........................................................................................   $    **940,501.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*....................................................................................   $    **8,848,101.73**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.......................................................................................   $    **9,788,602.73**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $    **3,431,953.78**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................   $    **1,656,338.17**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$    **1,760,383.27**

4.   **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b      $    **6,848,675.22**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,217,483.78** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$5,927,624.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$6,813,474.73** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See SOFA Schedule 3** | | **$3,542,257.76** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Employee Obligations** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Monty Merrill**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | **See SOFA Schedule 4** | **$174,821.00** | **Payroll** |
| 4.2. **Monty Merrill**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | **See SOFA Schedule 4** | **$289,987.00** | **Distributions** |
| 4.3. **Clearwater Real Estate, LLC**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | **See SOFA Schedule 4** | **$142,000.00** | **Payments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hernandez v. Clearwater Transportation, Ltd.**<br>**1:18-cv-00319-RP** | **Employment Discrimination** | **W.D. of Texas - Austin Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage to rental fleet vehicles from accidents** | **$204,226.89** | **various dates throughout the year** | **$240,061.27** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dykema Gossett PLLC**<br>**112 E. Pecan Street**<br>**Suite 1800**<br>**San Antonio, TX 78205** | | **01/18/19,**<br>**02/04/19** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Name, Address, Drivers License Number and Credit Card Number**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Monty Merrill**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | **February 7, 2017 to present** |
| 26a.2.    **Rene Mitchell**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | **February 7, 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Atchley & Associates**<br>**1005 La Posada Dr.**<br>**Suite 180**<br>**Austin, TX 78752** | **2017-2019** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Calhoun, Thomson & Matza, LLP**<br>**9500 Arboretum Blvd. #120**<br>**Austin, TX 78759** | **2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Monty Merrill**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | |
| 26c.2. **Rene Mitchell**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Funding Circle/Pioneer Park**<br>**747 Front Street, 4th Floor**<br>**San Francisco, CA 94111** |
| 26d.2. **Funding Metrics**<br>**884 Town Center Drive**<br>**Langhorne, PA 19047** |
| 26d.3. **IOU Central Inc.**<br>**600 Townpark Lane, Ste 100**<br>**Kennesaw, GA 30144** |
| 26d.4. **Newtek Small Business Finance**<br>**1981 Marcus Avenue, Ste 130**<br>**Lake Success, NY 11042** |
| 26d.5. **Pearl Capital Funding**<br>**100 William Street, Ste 900**<br>**New York, NY 10038** |
| 26d.6. **Bancorp Bank**<br>**626 Jacksonville Rd., Ste 205**<br>**Warminster, PA 18974** |
| 26d.7. **First Mark Credit Union**<br>**2023 Gold Canyon Drive**<br>**San Antonio, TX 78232** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Debtor's Location Managers** | **Weekly for Vehicles** | **Cost Not Determined** |

| Name and address of the person who has possession of inventory records |
|---|
| **Monty Merrill**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Monty Merrill | 6013 Fountainwood<br>San Antonio, TX 78233 | President and Sole Limited Partner | 99% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Clearwater Transportation Management Co. | 6013 Fountainwood<br>San Antonio, TX 78233 | General Partner | 1% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Monty Merrill**<br>**6013 Fountainwood**<br>**San Antonio, TX 78233** | See SOFA Schedule 4 | | |
| | **Relationship to debtor**<br>**President and Limited Partner** | | | |
| 30.2. | **Clearwater Real Estate, LLC**<br>**6013 Fountwainwood**<br>**San Antonio, TX 78233** | See SOFA Schedule 4 | | |
| | **Relationship to debtor**<br>**Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:**   **Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 8, 2019

_____     **Monty Merrill** _____ _____ . _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **President** _____ . _____ _____ . _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ Yes

# SOFA SCHEDULE 3

## PAYMENTS MADE WITHIN 90 DAYS OF PETITION DATE

# Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Nov 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 1001 to 1001. Report order is by ID. Report is printed with shor

| | Date | Trans Description | Credit Amt | Total |
|---|---|---|---|---|
| ADP Total Source | 11/30/18 | ADP Healthcare | 4,447.63 | |
| 10200 Sunset Dr | 11/30/18 | ADP Healthcare | 2,225.31 | |
| Miami, FL 33173 | 11/30/18 | ADP Healthcare | 3,611.57 | |
| | 11/30/18 | ADP Healthcare | 847.57 | |
| Employee Benefits | 11/30/18 | ADP Healthcare | 1,433.77 | |
| | 11/30/18 | ADP Healthcare | 758.82 | |
| | 12/31/18 | ADP Healthcare | 412.29 | |
| | 12/31/18 | ADP Healthcare | 4,447.63 | |
| | 12/31/18 | ADP Healthcare | 2,225.31 | |
| | 12/31/18 | ADP Healthcare | 3,611.57 | |
| | 12/31/18 | ADP Healthcare | 847.57 | |
| | 12/31/18 | ADP Healthcare | 1,433.77 | |
| | 1/31/19 | ADP Healthcare | 412.29 | |
| | 1/31/19 | ADP Healthcare | 4,447.63 | |
| | 1/31/19 | ADP Healthcare | 3,611.57 | |
| | 1/31/19 | ADP Healthcare | 847.57 | |
| | 1/31/19 | ADP Healthcare | 1,433.77 | |
| | 1/31/19 | ADP Healthcare | 758.82 | |
| | 1/31/19 | ADP Healthcare | 2,225.31 | |
| | 12/31/18 | ADP Healthcare | 758.82 | |
| | 11/30/18 | ADP Healthcare | 412.29 | 41,210.88 |
| | | | | |
| ADP Total Source | 11/30/18 | ADP PAYROLL | 42,788.82 | |
| 10200 Sunset Dr | 11/30/18 | ADP PAYROLL | 56,559.38 | |
| Miami, FL 33173 | 12/31/18 | ADP PAYROLL | 55,224.42 | |
| | 12/31/18 | ADP PAYROLL | 48,110.79 | |
| Employee Payroll | 12/31/18 | ADP PAYROLL | 363.27 | |
| | 1/4/19 | ADP PAYROLL | 51,625.86 | |
| | 1/17/19 | ADP PAYROLL | 40,707.94 | |
| | 1/31/19 | ADP PAYROLL | 53,338.61 | |
| | 12/31/18 | ADP PAYROLL 123118 | 5,572.19 | 354,291.28 |
| | | | | |
| American Express | 12/6/18 | AMERICAN EXPRESS | 8,362.83 | |
| PO Box 650448 | 1/23/19 | AMERICAN EXPRESS | 4,306.92 | |
| Dallas TX 75265-0448 | 1/31/19 | AMERICAN EXPRESS | 9,458.10 | |
| | 2/5/19 | AMERICAN EXPRESS | 6,074.03 | |
| Merchant Discounts, Chargebacks, & | 1/31/19 | AMERICAN EXPRESS | 2,611.10 | |
| Credit Card Payments | 2/28/19 | AMERICAN EXPRESS | 1,808.92 | |
| | 1/31/19 | AMERICAN EXPRESS | 620.81 | |
| | 12/31/18 | AMERICAN EXPRESS | 838.40 | |

# Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Nov 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 1001 to 1001. Report order is by ID. Report is printed with shor

| Date | Trans Description | Credit Amt | Total |
|------|-------------------|-----------|-------|
| 11/30/18 | AMERICAN EXPRESS | 529.20 | |
| 12/31/18 | AMERICAN EXPRESS | 4,221.64 | |
| 11/30/18 | AMERICAN EXPRESS | 2,591.79 | 41,423.74 |
| | | | |
| 2/4/19 | ATCHLEY & ASSOCIATES | 7,522.00 | 7,522.00 |

Atchley & Associates
1005 La Posada Dr, Ste 180
Austin, TX 78752

CPA Firm

| | | | |
|------|-------------------|-----------|-------|
| 11/13/18 | BANCORP BANK | 10,035.85 | |
| 11/30/18 | BANCORP BANK | 10,783.95 | |
| 12/28/18 | BANCORP BANK | 25,156.28 | |
| 1/11/19 | BANCORP BANK | 132,285.60 | |
| 1/21/19 | BANCORP BANK | 8,819.04 | |
| 1/23/19 | BANCORP BANK | 70,552.32 | |
| 1/28/19 | BANCORP BANK | 71,225.72 | |
| 1/6/19 | BANCORP BANK | 56,488.13 | |
| 12/6/18 | BANCORP BANK | 55,823.93 | 441,170.82 |

The Bancorp Bank
3755 Park Lake St
Orlando, FL 32803

Secured Debt

| | | | |
|------|-------------------|-----------|-------|
| 11/30/18 | CITY OF AUSTIN | 687.87 | |
| 11/30/18 | CITY OF AUSTIN | 682.36 | |
| 1/2/19 | CITY OF AUSTIN | 871.02 | |
| 1/2/19 | CITY OF AUSTIN | 662.23 | |
| 1/31/19 | CITY OF AUSTIN | 658.28 | |
| 1/31/19 | CITY OF AUSTIN | 872.27 | |
| 11/13/18 | CITY OF AUSTIN - AUS | 4,054.76 | |
| 11/13/18 | CITY OF AUSTIN - AUS | 2,736.40 | |
| 11/26/18 | CITY OF AUSTIN - AUS | 9,739.00 | |
| 11/26/18 | CITY OF AUSTIN - AUS | 6,094.00 | |
| 12/28/18 | CITY OF AUSTIN - AUS | 50,000.00 | |
| 12/28/18 | CITY OF AUSTIN - AUS | 50,000.00 | |
| 1/4/19 | CITY OF AUSTIN - AUS | 21,169.17 | |
| 1/4/19 | CITY OF AUSTIN - AUS | 23,667.92 | |
| 2/4/19 | CITY OF AUSTIN - AUS | 957.75 | |
| 2/4/19 | CITY OF AUSTIN - AUS | 311.79 | 173,164.82 |

City of Austin
3600 Presidential Blvd, Ste 411
Austin, TX 78719

Utilities, Rents, and Minimum Guarantees

| | | | |
|------|-------------------|-----------|-------|
| 11/30/18 | CITY OF KILLEEN | 10,413.61 | |
| 11/30/18 | CITY OF KILLEEN | 2,994.00 | |

City of Killeen
8101 Clear Creek RD, Box C

Filter Criteria includes: 1) IDs from 1001 to 1001. Report order is by ID. Report is printed with shor

| | Date | Trans Description | Credit Amt | Total |
|---|---|---|---|---|
| Killeen, TX 76549 | 2/4/19 | CITY OF KILLEEN | 3,476.85 | 16,884.46 |
| **Minimum Guarantee & Fuel** | | | | |
| Clearwater Real Estate | 12/28/18 | CLEARWATER REAL ESTATE | 70,000.00 | |
| 6013 Fountainwood Dr | 1/18/19 | CLEARWATER REAL ESTATE | 1,500.00 | |
| San Antonio, TX 78233 | 2/5/19 | CLEARWATER REAL ESTATE | 10,000.00 | |
| | 2/5/19 | CLEARWATER REAL ESTATE | 10,000.00 | 91,500.00 |
| **Rent** | | | | |
| Comptroller of Public Accounts | 12/5/18 | COMPTROLLER OF PUBLIC ACCOUNTS | 72,516.70 | |
| PO Box 13413 | 1/31/19 | ATE COMPTROLLER FOR MOTOR VEHICL | 66,251.77 | 138,768.47 |
| Austin, TX 78711-3413 | | | | |
| **Motor Vehicle Tax** | | | | |
| DTG Operations | 11/8/18 | DTG OPERATIONS, INC | 2,000.00 | |
| 6242 E 41st Street | 11/29/18 | DTG OPERATIONS, INC | 102,934.30 | |
| Tulsa, OK 74135 | 12/4/18 | DTG OPERATIONS, INC | 105,500.01 | 210,434.31 |
| **Franchise Fees** | | | | |
| Dykema | 1/18/19 | Dykema | 50,000.00 | |
| 112 E Pecan St, Ste 1800 | 2/4/19 | Dykema | 50,000.00 | 100,000.00 |
| San Antonio, TX 78205 | | | | |
| **Legal Fees - Retainer** | | | | |
| First Data | 11/30/18 | FIRST DATA DISCOUNTS | 1,670.26 | |
| PO Box 8879 | 12/31/18 | FIRST DATA DISCOUNTS | 1,345.47 | |
| Coral Springs, FL 33075 | 1/31/19 | FIRST DATA DISCOUNTS | 1,125.37 | |
| | 2/28/19 | FIRST DATA DISCOUNTS | 14,003.25 | |
| Merchant fees (Visa, MC, Disc) | 11/30/18 | FIRST DATA DISCOUNTS | 734.34 | |
| | 12/31/18 | FIRST DATA DISCOUNTS | 657.87 | |
| | 12/31/18 | FIRST DATA DISCOUNTS | 14,395.29 | |
| | 1/31/19 | FIRST DATA DISCOUNTS | 781.69 | |
| | 1/31/19 | FIRST DATA DISCOUNTS | 11,135.44 | 45,848.98 |
| Pioneer Park LLC | 12/31/18 | FUNDING CIRCLE | 11,918.60 | |

| | Date | Trans Description | Credit Amt | Total |
|---|---|---|---|---|
| PO Box 398321 | 1/31/19 | FUNDING CIRCLE | 11,918.60 | |
| San Francisco, CA 94139-8321 | 11/30/18 | FUNDING CIRCLE | 11,918.60 | 35,755.80 |
| Secured Debt | | | | |
| Funding Metrics | 12/31/18 | FUNDING METRIC LOAN | 2,121.22 | |
| 884 Town Center Dr | 12/31/18 | FUNDING METRIC LOAN | 2,121.22 | |
| Langhorne, PA 19047 | 12/31/18 | FUNDING METRIC LOAN | 2,121.22 | |
| | 12/31/18 | FUNDING METRIC LOAN | 2,121.22 | |
| Secured Debt | 2/1/19 | FUNDING METRIC LOAN | 2,121.22 | |
| | 2/4/19 | FUNDING METRIC LOAN | 2,121.22 | |
| | 2/5/19 | FUNDING METRIC LOAN | 2,121.22 | |
| | 2/6/19 | FUNDING METRIC LOAN | 2,121.22 | |
| | 1/31/19 | FUNDING METRIC LOAN | 48,788.06 | 65,757.82 |
| GMAC | 11/30/18 | GM Financial | 2,770.81 | |
| PO Box 9001948 | 1/31/19 | GM Financial | 2,770.81 | |
| Louisville, KY 40290-1948 | 12/31/18 | GM Financial | 2,770.81 | 8,312.43 |
| Secured Debt | | | | |
| Harbor Properties | 11/9/18 | HARBOR PROPERTIES | 2,670.25 | |
| 850 S Hermitage Rd | 12/17/18 | HARBOR PROPERTIES | 2,670.25 | |
| Hermitage, PA 16148 | 1/11/19 | HARBOR PROPERTIES | 2,670.25 | |
| | 2/4/19 | HARBOR PROPERTIES | 3,070.78 | 11,081.53 |
| Rent - Corp Office | | | | |
| Hincklease Inc | 11/14/18 | HINCKLEASE, INC. | 38,270.83 | |
| 2305 Presidents Dr, Ste F | 11/26/18 | HINCKLEASE, INC. | 129,660.27 | |
| Salt Lake City, UT 84120 | 11/30/18 | HINCKLEASE, INC. | 19,240.25 | |
| | 11/30/18 | HINCKLEASE, INC. | 72,104.45 | |
| Lease Debt | 12/4/18 | HINCKLEASE, INC. | 19,017.22 | |
| | 12/17/18 | HINCKLEASE, INC. | 78,162.58 | |
| | 12/17/18 | HINCKLEASE, INC. | 9,158.68 | |
| | 12/17/18 | HINCKLEASE, INC. | 75,716.06 | |
| | 12/21/18 | HINCKLEASE, INC. | 49,571.87 | |
| | 12/26/18 | HINCKLEASE, INC. | 99,575.59 | |
| | 12/28/18 | HINCKLEASE, INC. | 116,448.48 | |
| | 12/28/18 | HINCKLEASE, INC. | 138,389.36 | |
| | 1/2/19 | HINCKLEASE, INC. | 57,769.22 | |

# Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Nov 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 1001 to 1001. Report order is by ID. Report is printed with shor

| | Date | Trans Description | Credit Amt | Total |
|---|---|---|---|---|
| | 1/9/19 | HINCKLEASE, INC. | 20,022.36 | |
| | 1/11/19 | HINCKLEASE, INC. | 59,951.40 | |
| | 1/21/19 | HINCKLEASE, INC. | 20,766.92 | |
| | 1/23/19 | HINCKLEASE, INC. | 9,771.43 | |
| | 1/23/19 | HINCKLEASE, INC. | 30,268.56 | |
| | 2/4/19 | HINCKLEASE, INC. | 20,860.11 | 1,064,725.64 |
| IOU Central | 1/16/19 | IOU LOAN | 5,710.21 | |
| 600 Townpark Ln | 1/23/19 | IOU LOAN | 5,710.21 | |
| Kennesaw, GA 30144 | 1/30/19 | IOU LOAN | 5,710.21 | |
| | 2/6/19 | IOU LOAN | 5,710.21 | |
| Loans | 1/2/19 | IOU LOAN | 5,710.21 | |
| | 1/9/19 | IOU LOAN | 5,710.21 | |
| | 11/30/18 | IOU LOAN | 349.00 | |
| | 11/30/18 | IOU LOAN | 14,916.31 | |
| | 11/30/18 | IOU LOAN | 5,710.21 | |
| | 12/31/18 | IOU LOAN | 5,710.21 | |
| | 12/31/18 | IOU LOAN | 5,710.21 | |
| | 12/31/18 | IOU LOAN | 5,710.21 | |
| | 12/31/18 | IOU LOAN | 5,710.21 | 78,077.62 |
| IPC USA | 11/9/18 | IPC USA | 2,939.13 | |
| 20 Pacifica, Ste 650 | 11/16/18 | IPC USA | 2,188.55 | |
| Irvine, CA 92618 | 11/23/18 | IPC USA | 2,346.15 | |
| | 12/3/18 | IPC USA | 1,785.89 | |
| Fuel for Austin | 12/4/18 | IPC USA | 259.21 | |
| | 12/7/18 | IPC USA | 1,449.63 | |
| | 12/17/18 | IPC USA | 1,743.88 | |
| | 12/24/18 | IPC USA | 1,832.21 | |
| | 12/31/18 | IPC USA | 1,724.74 | |
| | 1/8/19 | IPC USA | 1,451.72 | |
| | 1/11/19 | IPC USA | 1,648.48 | |
| | 1/22/19 | IPC USA | 1,165.74 | |
| | 1/25/19 | IPC USA | 2,312.36 | |
| | 2/4/19 | IPC USA | 2,224.51 | 25,072.20 |
| Frost Bank | 11/30/18 | LETTER OF CREDIT FOR AUSTIN | 4,242.06 | |
| 1250 NE Loop 410 | 1/31/19 | LETTER OF CREDIT FOR AUSTIN | 4,325.17 | 8,567.23 |
| San Antonio, TX 78209 | | | | |

# Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Nov 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 1001 to 1001. Report order is by ID. Report is printed with shor

| | Date | Trans Description | Credit Amt | Total |
|---|---|---|---|---|
| **Secured Debt** | | | | |
| Network Auto Body & Paint | 12/7/18 | NETWORK AUTO BODY & PAINT SHOP | 7,179.76 | 14,142.42 |
| 2035 Airport Blvd | 1/4/19 | NETWORK AUTO BODY & PAINT SHOP | 6,962.66 | |
| Austin, TX 78722 | | | | |
| **Repair Shop** | | | | |
| Business Services Corp | 11/30/18 | Newtek | 8,390.00 | |
| 1981 Marcus Ave, Ste 130 | 2/4/19 | Newtek | 8,472.00 | |
| Lake Success, NY 11042 | 12/31/18 | NEWTEK | 8,390.00 | |
| | 1/31/19 | NEWTEK | 8,390.00 | 33,642.00 |
| **SBA Loan** | | | | |
| Pearl Capital | 1/31/19 | PEARL CAPITAL | 10,612.00 | |
| 100 William St, Ste 900 | 1/31/19 | PEARL CAPITAL | 10,612.00 | |
| NY, NY 10038 | 1/31/19 | PEARL CAPITAL | 10,612.00 | |
| | 1/31/19 | PEARL CAPITAL | 10,612.00 | |
| **Secured Debt** | 12/31/18 | PEARL CAPITAL | 10,612.00 | |
| | 12/31/18 | PEARL CAPITAL | 10,612.00 | |
| | 12/31/18 | PEARL CAPITAL | 10,612.00 | |
| | 2/6/19 | PEARL CAPITAL | 10,612.00 | 84,896.00 |
| Selig Leasing Co, Inc | 11/14/18 | SELIG LEASING COMPANY, INC. | 19,552.85 | |
| 2510 S 108th St | 1/21/19 | SELIG LEASING COMPANY, INC. | 19,586.62 | |
| West Allis, WI 53227 | 1/20/19 | SELIG LEASING COMPANY, INC. | 25,770.16 | |
| | 11/20/18 | SELIG LEASING COMPANY, INC. | 24,235.99 | |
| **Lease Debt** | 12/20/18 | SELIG LEASING COMPANY, INC. | 23,676.96 | 112,822.58 |
| Sonoran National Insurance | 11/19/18 | SONORAN NATIONAL INSURANCE | 2,424.88 | |
| 7502 E Pinnacle Peak, # B-210 | 12/18/18 | SONORAN NATIONAL INSURANCE | 2,032.20 | |
| Scottsdale, AZ 85255 | 1/8/19 | SONORAN NATIONAL INSURANCE | 1,648.00 | |
| | 2/6/19 | SONORAN NATIONAL INSURANCE | 1,856.20 | 7,961.28 |
| **Insurance** | | | | |
| Travis County Tax Assessor | 12/28/18 | TINA MORTON | 23,956.82 | 23,956.82 |
| PO Box 1748 | | | | |
| Austin, TX 78767 | | | | |
| **Taxes** | | | | |

## Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Nov 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 1001 to 1001. Report order is by ID. Report is printed with shor

| Date | Trans Description | Credit Amt | Total |
|------|-------------------|-----------|-------|
| | | | |
| Monty Merrill | | | |
| 6013 Fountainwood | | | |
| San Antonio, TX 78233 | | | |
| | | | |
| Dividends | | | |
| 1/31/19 | DISTRIBUTION | 3,500.00 | |
| 1/31/19 | DISTRIBUTION | 2,500.00 | |
| 1/31/19 | DISTRIBUTION | 3,000.00 | |
| 12/31/18 | DISTRIBUTION | 3,500.00 | |
| 11/30/18 | DISTRIBUTION | 1,619.80 | |
| 1/31/19 | DISTRIBUTION | 3,000.00 | |
| 11/30/18 | DISTRIBUTION | 3,500.00 | |
| 11/30/18 | DISTRIBUTION | 60.00 | |
| 11/30/18 | DISTRIBUTION | 6,472.00 | |
| 11/30/18 | DISTRIBUTION | 35.00 | |
| 11/30/18 | DISTRIBUTION | 899.80 | |
| 11/30/18 | DISTRIBUTION | 568.21 | |
| 11/30/18 | DISTRIBUTION | 16,030.87 | |
| 1/31/19 | DISTRIBUTION | 3,000.00 | |
| 11/30/18 | DISTRIBUTION | 3,000.00 | |
| 12/31/18 | DISTRIBUTION | 3,000.00 | |
| 11/30/18 | DISTRIBUTION | 10,005.00 | |
| 11/30/18 | DISTRIBUTION | 5,000.00 | |
| 12/31/18 | DISTRIBUTION | 3,000.00 | |
| 12/31/18 | DISTRIBUTION | 1,000.00 | |
| 12/31/18 | DISTRIBUTION | 2,000.00 | |
| 11/30/18 | DISTRIBUTION | 4,000.00 | |
| 11/30/18 | DISTRIBUTION | 1,513.73 | |
| 2/6/19 | DISTRIBUTION | 3,000.00 | |
| 12/31/18 | DISTRIBUTION | 513.25 | |
| 12/31/18 | DISTRIBUTION | 1,964.48 | |
| 12/31/18 | DISTRIBUTION | 799.00 | |
| 12/31/18 | DISTRIBUTION | 617.64 | |
| 12/31/18 | DISTRIBUTION | 1,015.71 | |
| 12/31/18 | DISTRIBUTION | 1,909.22 | |
| 1/31/19 | DISTRIBUTION | 1,385.38 | |
| 1/31/19 | DISTRIBUTION | 99.13 | |
| 1/31/19 | DISTRIBUTION | 934.41 | |
| 1/31/19 | DISTRIBUTION | 95.00 | |
| 1/31/19 | DISTRIBUTION | 77.71 | |
| 1/31/19 | DISTRIBUTION | 678.03 | |
| 1/31/19 | DISTRIBUTION | 1,737.00 | 95,030.37 |
| | | | |
| 11/30/18 | TSD | 6,303.40 | |
| | | | |
| TSD | | | |

# Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Nov 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 1001 to 1001. Report order is by ID. Report is printed with shor

| | Date | Trans Description | Credit Amt | Total |
|---|---|---|---|---|
| PO Box 844617 | 12/5/18 | TSD | 6,303.40 | |
| Boston, MA 02284-4617 | 12/5/18 | TSD | 6,227.62 | |
| | 2/4/19 | TSD | 6,379.18 | |
| POS Software | | | | 25,213.60 |
| | | | | |
| Union Leasing | 12/20/18 | UNION LEASING | 1,276.93 | |
| PO Box 75850 | 1/15/19 | UNION LEASING | 1,282.85 | |
| Chicago, IL 60675-5850 | 11/14/18 | UNION LEASING | 14,074.60 | |
| | 12/20/18 | UNION LEASING | 10,293.82 | |
| Secured Debt | | | | 26,928.20 |
| | | | | |
| US Bank National Assoc | 12/28/18 | US BANK NATIONAL ASSOCIATION | 50,000.00 | |
| PO Box 70870 | 12/28/18 | US BANK NATIONAL ASSOCIATION | 50,000.00 | |
| Saint Paul, MN 55170-9705 | | | | 100,000.00 |
| | | | | |
| Secured Debt | | | | |
| | | | | |
| Williams & Stazzone Insurance | 11/19/18 | WILLIAMS & STAZZONE INSURANCE | 13,674.65 | |
| 6549 N Wickham Rd | 11/26/18 | WILLIAMS & STAZZONE INSURANCE | 14,877.44 | |
| Melbourne, FL 32940 | 12/18/18 | WILLIAMS & STAZZONE INSURANCE | 10,466.93 | |
| | 12/28/18 | WILLIAMS & STAZZONE INSURANCE | 2,005.51 | |
| Business & Fleet Insurance | 1/8/19 | WILLIAMS & STAZZONE INSURANCE | 7,853.46 | |
| | 1/29/19 | WILLIAMS & STAZZONE INSURANCE | 55.43 | |
| | 2/6/19 | WILLIAMS & STAZZONE INSURANCE | 9,161.04 | |
| | | | | 58,094.46 |

Total

3,542,257.76    3,542,257.76

# SOFA SCHEDULE 4

## TRANSFERS TO INSIDERS WITHIN 1 YEAR OF PETITION DATE

| Name | Year | Week # | Payroll # | | Check Date | Gross Amt |
|------|------|--------|-----------|---|-----------|-----------|
| Merrill, Monty | 2019 | 7 | 1 | | 2/15/2019 | 8461.54 |
| Merrill, Monty | 2019 | 5 | 1 | | 2/1/2019 | 8461.54 |
| Merrill, Monty | 2019 | 3 | 1 | | 1/18/2019 | 3846.15 |
| Merrill, Monty | 2019 | 1 | 1 | | 1/4/2019 | 3846.15 |
| Merrill, Monty | 2018 | 51 | 2 | | 12/31/2018 | 13245.48 |
| Merrill, Monty | 2018 | 51 | 2 | | 12/31/2018 | 6073.12 |
| Merrill, Monty | 2018 | 51 | 2 | | 12/31/2018 | 1649.41 |
| Merrill, Monty | 2018 | 51 | 1 | | 12/21/2018 | 3846.15 |
| Merrill, Monty | 2018 | 49 | 1 | | 12/7/2018 | 6474.53 |
| Merrill, Monty | 2018 | 49 | 1 | | 12/7/2018 | 10261.83 |
| Merrill, Monty | 2018 | 47 | 1 | | 11/23/2018 | 3846.15 |
| Merrill, Monty | 2018 | 45 | 1 | | 11/9/2018 | 1758.43 |
| Merrill, Monty | 2018 | 45 | 1 | | 11/9/2018 | 3846.15 |
| Merrill, Monty | 2018 | 43 | 1 | | 10/26/2018 | 1758.44 |
| Merrill, Monty | 2018 | 43 | 1 | | 10/26/2018 | 3846.15 |
| Merrill, Monty | 2018 | 41 | 1 | | 10/12/2018 | 10261.83 |
| Merrill, Monty | 2018 | 39 | 1 | | 9/28/2018 | 1758.45 |
| Merrill, Monty | 2018 | 39 | 1 | | 9/28/2018 | 3846.15 |
| Merrill, Monty | 2018 | 37 | 1 | | 9/14/2018 | 3846.15 |
| Merrill, Monty | 2018 | 37 | 1 | | 9/14/2018 | 1758.45 |
| Merrill, Monty | 2018 | 35 | 1 | | 8/31/2018 | 3846.15 |
| Merrill, Monty | 2018 | 33 | 1 | | 8/17/2018 | 3846.15 |
| Merrill, Monty | 2018 | 31 | 1 | | 8/3/2018 | 9875.83 |
| Merrill, Monty | 2018 | 29 | 1 | | 7/20/2018 | 3846.15 |
| Merrill, Monty | 2018 | 27 | 1 | | 7/6/2018 | 3846.15 |
| Merrill, Monty | 2018 | 25 | 1 | | 6/22/2018 | 1758.41 |
| Merrill, Monty | 2018 | 25 | 1 | | 6/22/2018 | 3846.15 |
| Merrill, Monty | 2018 | 23 | 1 | | 6/8/2018 | 3846.15 |
| Merrill, Monty | 2018 | 23 | 1 | | 6/8/2018 | 1758.43 |
| Merrill, Monty | 2018 | 21 | 1 | | 5/25/2018 | 3846.15 |
| Merrill, Monty | 2018 | 19 | 1 | | 5/11/2018 | 3846.15 |
| Merrill, Monty | 2018 | 17 | 1 | | 4/27/2018 | 3846.15 |
| Merrill, Monty | 2018 | 15 | 1 | | 4/13/2018 | 9682.83 |
| Merrill, Monty | 2018 | 13 | 1 | | 3/30/2018 | 1758.43 |
| Merrill, Monty | 2018 | 13 | 1 | | 3/30/2018 | 3846.15 |
| Merrill, Monty | 2018 | 11 | 1 | | 3/16/2018 | 3846.15 |
| Merrill, Monty | 2018 | 11 | 1 | | 3/16/2018 | 1141.02 |
| Merrill, Monty | 2018 | 9 | 1 | | 3/2/2018 | 3846.15 |

174,821.00

# Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Feb 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 3402 to 3402. Report order is by ID. Report is printed with shor

|  | Date | Jrnl | Trans Description | Debit Amt | Credit Amt |
|---|---|---|---|---|---|
| Dividends to Monty Merrill | 2/28/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| | 2/28/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| | 2/28/18 | GENJ | DISTRIBUTION | 2,018.30 | |
| | 2/28/18 | GENJ | DISTRIBUTION | 1,500.00 | |
| | 3/1/18 | PJ | DISTRIBUTION | 457.15 | |
| | 3/30/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| | 3/30/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| | 3/30/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| | 3/30/18 | GENJ | DISTRIBUTION | 3,000.00 | |
| | 3/30/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| | 4/1/18 | PJ | DISTRIBUTION | 457.15 | |
| | 4/30/18 | GENJ | DISTRIBUTION | 3,000.00 | |
| | 4/30/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| | 4/30/18 | GENJ | DISTRIBUTION | 3,000.00 | |
| | 4/30/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| | 4/30/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| | 4/30/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| | 4/30/18 | GENJ | DISTRIBUTION | 277.20 | |
| | 5/3/18 | CDJ | DISTRIBUTION | 457.15 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 3,000.00 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 5,000.00 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 1,500.00 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 740.47 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 341.43 | |
| | 5/31/18 | GENJ | DISTRIBUTION | 100.00 | |
| | 6/1/18 | PJ | DISTRIBUTION | 447.75 | |
| | 6/15/18 | CDJ | DISTRIBUTION | 16,000.00 | |
| | 6/26/18 | PJ | DISTRIBUTION | 211.09 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 306.00 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 1,161.52 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 1,141.87 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 2,500.00 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 3,500.00 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 4,500.00 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 3,500.00 | |
| | 6/30/18 | GENJ | DISTRIBUTION | 5,000.00 | |
| | 7/1/18 | PJ | DISTRIBUTION | 522.19 | |
| | 7/31/18 | GENJ | DISTRIBUTION | 46.64 | |

Filter Criteria includes: 1) IDs from 3402 to 3402. Report order is by ID. Report is printed with shor

| Date | Jrnl | Trans Description | Debit Amt | Credit Amt |
|------|------|-------------------|-----------|------------|
| 7/31/18 | GENJ | DISTRIBUTION | 605.16 | |
| 7/31/18 | GENJ | DISTRIBUTION | 282.18 | |
| 7/31/18 | GENJ | DISTRIBUTION | 414.62 | |
| 7/31/18 | GENJ | DISTRIBUTION | 445.14 | |
| 7/31/18 | GENJ | DISTRIBUTION | 1,500.00 | |
| 7/31/18 | GENJ | DISTRIBUTION | 5,000.00 | |
| 7/31/18 | GENJ | DISTRIBUTION | 5,000.00 | |
| 7/31/18 | GENJ | DISTRIBUTION | 2,500.00 | |
| 8/1/18 | PJ | DISTRIBUTION | 530.02 | |
| 8/31/18 | GENJ | DISTRIBUTION | 129.52 | |
| 8/31/18 | GENJ | DISTRIBUTION | 314.62 | |
| 8/31/18 | GENJ | DISTRIBUTION | 3,297.05 | |
| 8/31/18 | GENJ | DISTRIBUTION | 49.77 | |
| 8/31/18 | GENJ | DISTRIBUTION | 80.71 | |
| 8/31/18 | GENJ | DISTRIBUTION | 605.16 | |
| 8/31/18 | GENJ | DISTRIBUTION | 5.00 | |
| 8/31/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| 8/31/18 | GENJ | DISTRIBUTION | 3,500.00 | |
| 8/31/18 | GENJ | DISTRIBUTION | 1,500.00 | |
| 8/31/18 | GENJ | DISTRIBUTION | 5,000.00 | |
| 8/31/18 | GENJ | DISTRIBUTION | 5,000.00 | |
| 9/1/18 | PJ | DISTRIBUTION | 530.11 | |
| 9/17/18 | CDJ | DISTRIBUTION | 22,500.00 | |
| 9/30/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| 9/30/18 | GENJ | DISTRIBUTION | 4,500.00 | |
| 9/30/18 | GENJ | DISTRIBUTION | 1,500.00 | |
| 9/30/18 | GENJ | DISTRIBUTION | 4,500.00 | |
| 9/30/18 | GENJ | DISTRIBUTION | 136.94 | |
| 9/30/18 | GENJ | DISTRIBUTION | 676.47 | |
| 9/30/18 | GENJ | DISTRIBUTION | 467.25 | |
| 9/30/18 | GENJ | DISTRIBUTION | 2,323.92 | |
| 9/30/18 | GENJ | DISTRIBUTION | 500.00 | |
| 9/30/18 | GENJ | DISTRIBUTION | 59.58 | |
| 9/30/18 | GENJ | DISTRIBUTION | 423.33 | |
| 10/1/18 | PJ | DISTRIBUTION | 530.02 | |
| 10/31/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| 10/31/18 | GENJ | DISTRIBUTION | 3,500.00 | |
| 10/31/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| 10/31/18 | GENJ | DISTRIBUTION | 3,500.00 | |
| 10/31/18 | GENJ | DISTRIBUTION | 4,000.00 | |

# Clearwater Transportation, Ltd.
## General Ledger
### For the Period From Feb 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 3402 to 3402. Report order is by ID. Report is printed with shor

| Date | Jrnl | Trans Description | Debit Amt | Credit Amt |
|---|---|---|---|---|
| 10/31/18 | GENJ | DISTRIBUTION | 215.00 | |
| 10/31/18 | GENJ | DISTRIBUTION | 425.44 | |
| 10/31/18 | GENJ | DISTRIBUTION | 2,231.92 | |
| 10/31/18 | GENJ | DISTRIBUTION | 37.91 | |
| 10/31/18 | GENJ | DISTRIBUTION | 311.66 | |
| 10/31/18 | GENJ | DISTRIBUTION | 1,245.09 | |
| 10/31/18 | GENJ | DISTRIBUTION | 333.25 | |
| 11/1/18 | PJ | DISTRIBUTION | 522.19 | |
| 11/30/18 | CDJ | DISTRIBUTION | 16,030.87 | |
| 11/30/18 | GENJ | DISTRIBUTION | 3,000.00 | |
| 11/30/18 | GENJ | DISTRIBUTION | 3,500.00 | |
| 11/30/18 | GENJ | DISTRIBUTION | 10,005.00 | |
| 11/30/18 | GENJ | DISTRIBUTION | 1,619.80 | |
| 11/30/18 | GENJ | DISTRIBUTION | 4,000.00 | |
| 11/30/18 | GENJ | DISTRIBUTION | 1,513.73 | |
| 11/30/18 | GENJ | DISTRIBUTION | 5,000.00 | |
| 11/30/18 | GENJ | DISTRIBUTION | 6,472.00 | |
| 11/30/18 | GENJ | DISTRIBUTION | 899.80 | |
| 11/30/18 | GENJ | DISTRIBUTION | 568.21 | |
| 11/30/18 | GENJ | DISTRIBUTION | 60.00 | |
| 11/30/18 | GENJ | DISTRIBUTION | 35.00 | |
| 12/1/18 | PJ | DISTRIBUTION | 522.19 | |
| 12/31/18 | GENJ | DISTRIBUTION | 1,964.48 | |
| 12/31/18 | GENJ | DISTRIBUTION | 1,015.71 | |
| 12/31/18 | GENJ | DISTRIBUTION | 799.00 | |
| 12/31/18 | GENJ | DISTRIBUTION | 513.25 | |
| 12/31/18 | GENJ | DISTRIBUTION | 617.64 | |
| 12/31/18 | GENJ | DISTRIBUTION | 1,909.22 | |
| 12/31/18 | GENJ | DISTRIBUTION | 1,000.00 | |
| 12/31/18 | GENJ | DISTRIBUTION | 2,000.00 | |
| 12/31/18 | GENJ | DISTRIBUTION | 3,000.00 | |
| 12/31/18 | GENJ | DISTRIBUTION | 3,000.00 | |
| 12/31/18 | GENJ | DISTRIBUTION | 3,500.00 | |
| 1/1/19 | PJ | DISTRIBUTION | 537.85 | |
| 1/31/19 | GENJ | DISTRIBUTION | 934.41 | |
| 1/31/19 | GENJ | DISTRIBUTION | 1,385.38 | |
| 1/31/19 | GENJ | DISTRIBUTION | 99.13 | |
| 1/31/19 | GENJ | DISTRIBUTION | 678.03 | |
| 1/31/19 | GENJ | DISTRIBUTION | 95.00 | |
| 1/31/19 | GENJ | DISTRIBUTION | 1,737.00 | |

# Clearwater Transportation, Ltd.

## General Ledger

### For the Period From Feb 7, 2018 to Feb 6, 2019

Filter Criteria includes: 1) IDs from 3402 to 3402. Report order is by ID. Report is printed with shor

| Date | Jrnl | Trans Description | Debit Amt | Credit Amt |
|---|---|---|---|---|
| 1/31/19 | GENJ | DISTRIBUTION | 77.71 | |
| 1/31/19 | GENJ | DISTRIBUTION | 3,000.00 | |
| 1/31/19 | GENJ | DISTRIBUTION | 2,500.00 | |
| 1/31/19 | GENJ | DISTRIBUTION | 3,000.00 | |
| 1/31/19 | GENJ | DISTRIBUTION | 3,500.00 | |
| 1/31/19 | GENJ | DISTRIBUTION | 3,000.00 | |
| | | 12 Month Total (2/8/18 - 2/6/19) | 297,505.35 | |
| | | 6 Month Total (8/7/18 - 2/6/19) | 181,542.32 | |

## Clearwater Transportation, Ltd.
### Vendor Transaction History

| Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|
| **CLEARWATER REAL ESTATE** | | | | |
| 010118 | Invoice | 010118 | 1/1/18 | 10,000.00 |
| | Payment | 48497 | 6/7/18 | -10,000.00 |
| 010119 | Invoice | 010119 | 1/1/19 | 10,000.00 |
| | Payment | 49008 | 2/5/19 | -10,000.00 |
| 020118 | Invoice | 020118 | 2/1/18 | 10,000.00 |
| | Payment | 48651 | 8/8/18 | -10,000.00 |
| 020119 | Invoice | 020119 | 2/1/19 | 10,000.00 |
| | Payment | 49009 | 2/5/19 | -10,000.00 |
| 030118 | Invoice | 030118 | 3/1/18 | 10,000.00 |
| | Payment | ACH | 12/28/18 | -10,000.00 |
| 050118 | Invoice | 050118 | 5/1/18 | 10,000.00 |
| | Payment | ACH | 12/28/18 | -10,000.00 |
| 070118 | Invoice | 070118 | 7/1/18 | 10,000.00 |
| | Payment | ACH | 12/28/18 | -10,000.00 |
| 090118 | Invoice | 090118 | 9/1/18 | 10,000.00 |
| | Payment | ACH | 12/28/18 | -10,000.00 |
| 100118 | Invoice | 100118 | 10/1/18 | 10,000.00 |
| | Payment | ACH | 12/28/18 | -10,000.00 |
| 110118 | Invoice | 110118 | 11/1/18 | 10,000.00 |
| | Payment | ACH | 12/28/18 | -10,000.00 |
| 120118 | Invoice | 120118 | 12/1/18 | 10,000.00 |
| | Payment | ACH | 12/28/18 | -10,000.00 |

# Clearwater Transportation, Ltd.
## Vendor Transaction History

| Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|
| AUG RENT | Invoice | AUG RENT | 8/1/17 | 10,000.00 |
| | Payment | 48408 | 4/17/18 | -10,000.00 |
| DEC RENT | Invoice | DEC RENT | 12/31/17 | 2,000.00 |
| | Payment | 48651 | 8/8/18 | -2,000.00 |
| OCT RENT | Invoice | OCT RENT | 10/1/17 | 10,000.00 |
| | Payment | 48478 | 5/21/18 | -10,000.00 |
| SEPT. RENT | Invoice | SEPT. RENT | 9/1/17 | 10,000.00 |
| | Payment | 48478 | 5/21/18 | -10,000.00 |

Total Cash Payments to Clearwater Real Estate 2/7/18 - 2/6/19 -    142,000.00