# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>CLEARWATER TRANSPORATION, LTD.[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 19-50292-CAG |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF NOTICES, PLEADINGS AND ORDERS

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

      PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance on behalf of SELIG LEASING COMPANY, INC., pursuant to the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Western District of Texas and requests copies of all notices and pleadings. All such notices should be addressed to the following:

Michael G. Colvard
**MARTIN & DROUGHT, P.C.**
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205
(210) 227-7591 Telephone
(210) 227-7924 Facsimile
mcolvard@mdtlaw.com

Please take further notice that, pursuant to Fed. R. Bankr. P. 2002, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above referenced case and the proceedings therein.

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification Number are 2020.

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205-3789
Telephone: (210) 227-7591
Facsimile: (210) 227-7924

By: /s/ Michael G. Colvard
Michael G. Colvard
State Bar No. 04629200

**ATTORNEYS FOR SELIG LEASING COMPANY**

## CERTIFICATE OF SERVICE

I certify that on this 15th day of March, 2019, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patrick L. Huffsticklier
Dykema Gossett PLLC
112 E. Pecan St., Ste. 1800
San Antonio, TX 7805
phuffstickler@dykema.com

Office of the U.S. Trustee
615 E. Houston, Ste. 533
San Antonio, TX 78205
USTP.Region07@usdoj.gov

/s/ Michael G. Colvard
Michael G. Colvard