**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 19-50292-CAG-11 |
| | § | |
| CLEARWATER TRANSPORTATION, LTD., | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS' RESPONSE IN SUPPORT OF MOTION FOR APPOINTMENT OF TRUSTEE, OR IN THE ALTERNATIVE, MOTION FOR APPOINTMENT OF AN EXAMINIER

The Texas Comptroller of Public Accounts ("**Comptroller**"), appearing through the Texas Attorney General's Office, responds in support of the *Motion for Appointment of Trustee, or in the Alternative for Appointment of Examiner* ("**Motion**") [Doc. No. 51], and would respectfully show the following:

1. Debtor filed its voluntary petition for relief under Chapter 11 on February 7, 2019 (the "**Petition Date**"). On the Petition Date, Debtor was liable for Texas motor vehicle rental tax ("**MVRT**") incurred from October 1, 2018 through February 7, 2019. Debtor owes $213,010.77 in MVRT for the period October 1, 2018 through January 31, 2019. Debtor's February 2019 MVRT return is due on March 20, 2019.

2. Debtor operates a car rental business. In its operations, Debtor is required to collect MVRT from its customers and is required to remit the collected tax to the Comptroller monthly. Tex. Tax Code § 152.026 and 151.045. The collected tax is held in trust for the Comptroller under Texas Tax Code § 111.016(a), which provides:

> Any person who receives or collects a tax or any money represented to be a tax from another person holds the amount so collected in trust for the benefit of the state and is liable to the state for the full amount collected plus any accrued penalties and interest on the amount collected.

3. The trust funds cannot be used lawfully by Debtor in its business operations.

Debtor's use of the MVRT tax collections without payment to the Comptroller constitutes a breach of fiduciary duty, a misappropriation of fiduciary property and conversion. *Davis v. State*, 904 S.W.2d 946 (Tex. App. - Austin 1995); *Dixon v. State*, 808 S.W.2d 721 (Tex. App. - Austin 1991, writ dism'd w.o.j.).

4. Based on Debtor's apparent pre-petition use of trust fund taxes to operate its business, and for the reasons stated in the Motion, the Comptroller supports the Motion filed by Austin Conrac, LLC and the City of Austin.

WHEREFORE, the Texas Comptroller of Public Accounts respectfully requests the Court appoint a Chapter 11 trustee or, in the alternative, appoint an examiner.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ John Mark Stern*
JOHN MARK STERN
Texas State Bar No. 19175662
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4868
Facsimile: (512) 936-1409
john.stern@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

# CERTIFICATE OF SERVICE

  I certify that on March 18, 2019, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Clearwater Transportation, Ltd
6013 Fountainwood
San Antonio, Texas 78233

By Electronic Means as listed on the Court's ECF Noticing System:

Robert L. Barrows
Warren, Drugan & Barrow, P.C.
800 Broadway
San Antonio, TX 78215 1517
rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com

Kay D. Brock
PO Box 1748
Austin, TX 78767 1749
bkecf@traviscountytx.gov, kay.brock@traviscountytx.gov

Michael G. Colvard
Martin & Drought, P.C.
Bank of America Plaza, 25th floor
300 Convent Street
San Antonio, TX 78205
mcolvard@mdtlaw.com, amartinez@mdtlaw.com

Christal A Delgado
Syfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
cdelgado@seyfarth.com, bmaxwell@seyfarth.com

Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209
mflume@flumelaw.net, egillaspie@flumelaw.net;sflume@flumelaw.net

Patrick L. Huffstickler
Dykema Cox Smith
112 E. Pecan St., Ste. 1800
San Antonio, TX 78205 1521
phuffstickler@dykema.com, mlongoria@dykema.com;docketsat@dykema.com

Tara LeDay
PO Box 1269
Round Rock, TX 78680 1269
tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;ccain@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com

Jesse Tyner Moore
Dykema Cox Smith
111 Congress Avenue, Suite 1800
Austin, TX 78701 4068
jmoore@dykema.com

Herbert C Shelton
Hajjar Peters, LLP
3144 Bee Caves Rd
Austin, TX 78746 5560
cshelton@legalstrategy.com, lrobson@legalstrategy.com

Donald P. Stecker
711 Navarro, Suite 300
San Antonio, TX 78205 1749
don.stecker@lgbs.com

Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
streusand@slollp.com, prentice@slollp.com

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295 1539
USTPRegion07.SN.ECF@usdoj.gov

H. Elizabeth Weller
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207 2328
bethw@publicans.com

*/s/ John Mark Stern*
JOHN MARK STERN
