**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 18, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| In re:<br><br>CLEARWATER TRANSPORATION, LTD.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-50292-CAG |

**ORDER GRANTING MOTION FOR ADMISSION
_PRO HAC VICE_ OF SAMUEL C. WISOTZKEY**

Based on the Motion for Admission _Pro Hac Vice_ submitted by Samuel C. Wisotzkey ("Applicant") and the Court, having reviewed the Motion, orders as follows:

IT IS ORDERED, that the Motion for Admission Pro Hac Vice is GRANTED, and Applicant Samuel C. Wisotzkey may appear _pro hac vice_ as counsel to Selig Leasing Company, Inc. in the above case. This order shall not be considered admission to practice before this Court or the U.S. District Court for the Western District of Texas.

###

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification Number are 2020.

Submitted by:

MARTIN & DROUGHT, P.C.

By: /s/ *Michael G. Colvard*
Michael G. Colvard
State Bar No. 04629200
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
(210) 227-7591 – Telephone
(210) 227-7924 - Facsimile
mcolvard@mdtlaw.com

~and~

KOHNER, MANN & KAILAS, S.C.
Samuel C. Wisotzkey (*pro hac vice* pending)
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
E-mail: swisotzkey@kmksc.com

*Counsel for Selig Leasing Company, Inc.*