## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| CLEARWATER TRANSPORTATION, LTD., § | |
| § | Case Number 19-50292-cag |
| Debtor. § | |

## JOINT EXHIBIT LIST AND WITNESS LIST OF
## AUSTIN CONRAC, LLC AND THE CITY OF AUSTIN

Austin Conrac, LLC ("Austin ConRAC") and the City of Austin, as creditors in the above captioned Chapter 11 case, serve this Joint Exhibit List and Witness List and respectfully designate the following potential exhibits and witnesses for the March 21, 2019 final hearing regarding Debtor's cash collateral motion [Dkt. No. 9]:

### Exhibits

| Exh. | Description | Marked | Admitted |
|---|---|---|---|
| 1 | Schedules of Assets and Liabilities [Docket No. 37] | | |
| 2 | Rental Car Concession Agreement for Austin-Bergstrom International Airport between the City of Austin, Texas and Clearwater Transportation, Ltd. dba Dollar Car Rental | | |
| 3 | Rental Car Concession Agreement for Austin-Bergstrom International Airport between the City of Austin, Texas and Clearwater Transportation, Ltd. dba Thrifty Car Rental | | |
| 4 | Consolidated Rental Car Facility Sublease Agreement for Austin-Bergstrom International Airport among Austin ConRAC, the City of Austin and Clearwater Transportation, Ltd. dba Dollar Car Rental (and related amendments) | | |
| 5 | Consolidated Rental Car Facility Sublease Agreement for Austin-Bergstrom International Airport among Austin ConRAC, the City of Austin and Clearwater Transportation, Ltd. dba Thrifty Car Rental (and related amendments) | | |

| 6 | Market Share and Customer Facility Charge Reports: October 2017 – December 2018 | | |
|---|---|---|---|
| 7 | Summary Chart – Dollar and Thrifty Reported Revenue since opening of CONRAC | | |
| 8 | Dollar Car Rental's Break Out of Fees and Cost for a Potential Customer as of March 16, 2018 | | |
| 9 | Selected Photos (demonstrative) | | |

Austin ConRAC and the City of Austin also incorporate any exhibits identified by any other party. Additionally, Austin ConRAC and the City of Austin include all writings and/or documents that are necessary to explain, complete or otherwise put in context any writings and/or documents introduced by any other party. Furthermore, Austin ConRAC and the City of Austin also include any exhibits that may be necessary for rebuttal purposes but that are not reasonably anticipated at this time.

## **WITNESSES**

1. Monty Merrill;
2. Marshall Fein;
3. Any witnesses identified or called by any other party; and
4. Any witnesses necessary for rebuttal purposes that are not reasonably anticipated at this time.

Austin ConRAC and the City of Austin reserve the right to amend or supplement this Exhibit List and/or Witness List at any time prior to the hearing in accordance with all applicable rules.

Dated: March 18, 2019

Respectfully submitted,

By: /s/ *Sabrina L. Streusand*
Sabrina L. Streusand
State Bar No. 11701700
Stephen W. Lemmon
State Bar No. 12194500
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Ste. 320
Austin, Texas 78746
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com

**ATTORNEYS FOR AUSTIN CONRAC, LLC**

and

By: */s/ Afton Trevino*
Afton Trevino
Texas Bar No. 24071159
City of Austin
301 W 2nd Street
Austin, Texas 78701
Telephone: (512) 974-2282
Facsimile: (512) 974-1311
afton.trevino@austintexas.gov

**ATTORNEYS FOR CITY OF AUSTIN**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 18th day of March, 2019 upon all parties requesting service via ECF notification, and/or via email or first class mail to the parties on the attached service list.

/s/ Sabrina L. Streusand
Sabrina L. Streusand