# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 19–50292–cag
Chapter No.: 11
Judge: Craig A. Gargotta

IN RE: **Clearwater Transportation, Ltd.**,
Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **4/10/19 at 09:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 51 Motion For Appointment of Trustee, or in the Alternative, Motion For Appointment of an Examiner filed by Sabrina L. Streusand for Creditor Austin CONRAC LLC (Attachments: # 1 Proposed Order)(Streusand, Sabrina) Modified on 3/18/2019 .) Hearing Scheduled For 4/10/2019 at 09:00 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 3/19/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]