# Exhibit "B"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **CHAPTER 11 CASE** |
| | § | **CASE NO. 19-50292-CAG** |
| **CLEARWATER TRANSPORTATION, LTD.,** | § | |
| | § | |
| **Debtor.** | § | |

## ORDER APPROVING COMPROMISE AND/OR SETTLEMENT
## WITH THE HERTZ CORPORATION

This matter came before the Court on the *Motion to Approve Proposed Compromise And/Or Settlement* pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Motion") filed by the Debtor, by and through Debtor's counsel of record, seeking the Court's approval of the Debtor's settlement agreement with The Hertz Corporation attached hereto as **Exhibit A** ("Settlement Agreement"). The Court, having reviewed the Motion, and after due consideration of the Motion and any opposition thereto, if any, and for good cause shown, has decided the Motion is meritorious and the settlement approved herein benefits the Debtor's bankruptcy estate and its creditors. **ACCORDINGLY**, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that the Settlement Agreement attached to the Motion is **APPROVED**; and is further

**ORDERED that the parties are authorized to take all actions necessary to implement and effectuate the settlement approved herein, and it is further**

**ORDERED that this Order is effective immediately upon entry, and it is further**

**ORDERED** that this Order shall remain in effect during and after the pendency of the instant bankruptcy case, and shall survive the case's, if any, conversion to another chapter of the Bankruptcy Code.

###

Prepared and submitted by:

Patrick L. Huffstickler
State Bar No. 10199250
phuffstickler@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**