# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **CHAPTER 11 CASE** |
| | § | |
| **CLEARWATER TRANSPORTATION, LTD.,** | § | **CASE NO. 19-50292-cag** |
| | § | |
| Debtor.[1] | § | |

## NOTICE OF HEARING

Please take notice that a hearing will be conducted on March 28, 2019 at 10:30 a.m. before United States Bankruptcy Judge Craig A. Gargotta, Hipolito F. Garcia Federal Building and United States Courthouse, 615 E. Houston St., 5th Floor, San Antonio, Texas 78205, to consider the following:

(a) *Expedited Motion to Approve Proposed Compromise and/or Settlement* [Doc. No. 68];

Dated: March 25, 2019.　　　　　Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Patrick L. Huffstickler*
　　Patrick L. Huffstickler, State Bar No. 10199250
　　phuffstickler@dykema.com
　　112 East Pecan Street, Suite 1800
　　San Antonio, Texas 78205
　　(210) 554-5500
　　(210) 226-8395 (Fax)

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification number are 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas and by U.S. first-class mail to the parties on the attached Limited Service List.

*/s/ Patrick L. Huffstickler*
Patrick L. Huffstickler

4821-1935-1439.1
117928\000001
03/25/2019 11:18 AM

# Clearwater Transportation, Ltd. – 19-50292

## Limited Service List

**Debtor:**
Clearwater Transportation, Ltd.
6013 Fountainwood
San Antonio, TX 78233
**Via Mail**

**Attorney for Debtor**
Patrick L. Huffstickler
Dykema Gossett PLLC
112 E. Pecan St., #1800
San Antonio, TX 78205
**ECF:** phuffstickler@dykema.com

**Office of the U.S. Trustee**
615 E. Houston, Suite 533
San Antonio, TX 78205
**Via ECF:** USTP.Region07@usdoj.gov

### LENDERS/POTENTIAL SECURED CREDITORS

Funding Circle
FC Marketplace, LLC
747 Front St., 4th Fl.
San Francisco CA 94111
**Via Mail**

Newtek Small Business Finance LLC
1981 Marcus Ave., #130
Lake Success NY 11042
**Via Mail**

IOU Central Inc.
600 TownPark Lane, Suite 100
Kennesaw, GA 30144
**Via Mail**

Funding Metrics, LLC
dba Lendini
884 TownCenter Drive
Langhome, PA 19047
**Via Mail**

Pioneer Park LLC
P.O. Box 398321
San Francisco, CA 94139-8321
**Via Mail**

GM Financial
P.O. Box 183593
Arlington, TX 76096-3834
**Via Mail**

Pearl Capital
Pearl Delta Funding
100 William Street, Suite 900
New York, NY 10038
**Via Mail**

### TAXING AND REGULATORY AGENCIES

Bell County Appraisal District
P.O. Box 390
Belton TX 76513-0390
**Via Mail**

Bexar County Tax Office
P.O. Box 2903
San Antonio TX 78299-2903
**Via Mail**

City of Austin
Controller's Office
P.O. Box 2920
Austin TX 78768-2920
**Via Mail**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
**Via Mail**

Texas Comptroller of Public Accounts
Revenue Accounting Division -
Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711
**Via Mail**

Texas Workforce Commission
TWC Building - Regulatory Integrity
Division
101 East 15th Street
Austin, TX 78778
**Via Mail**

Tax Appraisal District of Bell County
P.O. Box 390
Belton, TX 76513-0390
**Via Mail**

Travis County Tax Office
Bruce Elfant, Tax Assessor-Collector
P.O. Box 149328
Austin, TX 78714-9328
**Via Mail**

Tom Green Appraisal District
2302 Pulliam St.
San Angelo TX 76905
**Via Mail**

Albert Uresti, MPA, PCC
Bexar County Tax Assessor-Collector
P.O. Box 2903
San Antonio, TX 78299-2903
**Via Mail**

United States Department of Justice - All Divisions:
United States Attorney, Civil Process Clerk
N. W. Loop 410, Suite 600
San Antonio, TX 78216
**Via Mail**

### AIRPORT CONCESSION PARTIES

City of Austin
c/o U.S. Bank, N.A.
P.O. Box 70870
Saint Paul MN 55170-9705
**Via Mail**

Austin CONRAC, LLC
Attn: Marshall A. Fein, COO
12130 Colwick
San Antonio, TX 78216
**Via Mail**

Director of Aviation
THE CITY OF AUSTIN
Austin-Bergstrom International Airport
3600 Presidential Blvd., Suite 411
Austin, TX 78719
**Via Mail**

The Airport Properties Manager
Department of Aviation
THE CITY OF AUSTIN
Austin-Bergstrom International Airport
3600 Presidential Blvd., Suite 411
Austin, TX 78719
**Via Mail**

City of Austin
City Clerk
301 W. Second St.
Austin, TX 78701
**Via Mail**

City of Killeen
8101 S. Clear Creek Rd., Box C
Killeen, TX 76549
**Via Mail**

Killeen-Fort Hood Regional Airport
Attn: Executive Director of Aviation
8101 S. Clear Creek Rd., Box C
Killeen, TX 76549
**Via Mail**

City of Killeen
Attn: City Attorney
101 N. College St., 1st Floor
Killeen, TX 76541
**Via Mail**

City of San Angelo
San Angelo Regional Airport-Mathis Field
8618 Terminal Circle, Ste. 101
San Angelo, TX 76904
**Via Mail**

City Attorney's Office
72 W. College Avenue
San Angelo, TX 76903
**Via Mail**

Austin Conrac, LLC
Conrac Managing, c/o Conrac Solutions
981 Lowell Ave. SW, #125
Renton, WA 98057
**Via Mail**

### TOP 20 UNSECURED CREDITORS (EXCLUSIVE OF OTHER CATEGORIES)

ATS Processing Services
1150 N. Alma School Rd.
Mesa, AZ 85201
**Via Mail**

Calhoun, Thomson & Matza
9500 Aboretum Blvd., #120
Austin, TX 78759
**Via Mail**

Dent Crafters
166 Briar Forest Dr.
Bastrop, TX 78602
**Via Mail**

Highway Toll Administrations
66 Powerhouse Rd., #103
Roslyn Heights, NY 11577
**Via Mail**

Town North Nissan
9160A Research Blvd.
Austin, TX 78758
**Via Mail**

Town North Nissan
9160A Research Blvd.
Austin, TX 78758
**Via Mail**

## CONTRACT AND VEHICLE LEASE PARTIES

| | | |
|---|---|---|
| Hincklease, Inc.<br>Attn: Bill Jeffries<br>2305 President's Dr., Ste. F<br>Salt Lake City UT 84120<br>**Via Mail** | Selig Leasing Company, Inc.<br>Attn: Steve Schaefer<br>2510 S. 108th St.<br>West Allis WI 53227<br>**Via Mail** | Hertz Global Holdings<br>Thrifty Rent-A-Car System, Inc.<br>Dollar Rent A Car, Inc.<br>Attn: Robert M. Barton<br>8501 Williams Road<br>Estero, FL 33928<br>**Via Mail** |
| Union Leasing, Inc.<br>P.O. Box 75850<br>Chicago, IL 60675-5850<br>**Via Mail** | The Bancorp<br>409 Silverside Road<br>Suite 105<br>Wilmington, DE 19809<br>**Via Mail** | Hinckley's Inc.<br>Dba Hincklease, Inc.<br>2309 South State Street<br>Salt Lake City, UT 84115<br>**Via Mail** |
| Harbor Properties<br>850 S. Hermitage Road, Suite B1<br>Hermitage, PA 16148<br>**Via Mail** | Commercial Fleet Leasing<br>The Bancorp Bank<br>Attn: Paul F. Pollock<br>626 Jacksonville Road, Suite 205<br>Warminster, PA 18974<br>**Via Mail** | DTG<br>Dba DTG Operations, Inc.<br>Attn: Lockbox Dept. 673<br>6242 E. 41st Street<br>Tulsa, OK 74135<br>**Via Mail** |
| Bancorp Bank<br>Attn: Paul F. Pollock<br>3755 Park Lake St.<br>Orlando FL 32803-5265<br>**Via Mail** | | |

## NOTICES OF APPEARANCE

| | | |
|---|---|---|
| **Bell County Tax Appraisal District**<br>c/o Tara LeDay<br>McCreary,Veselka, Bragg & Allen, PC<br>P O Box 1269<br>Round Rock, TX 78680-1269<br>ECF: tleday@mvbalaw.com | **Bexar County**<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro Street, Ste 300<br>San Antonio, TX 78205<br>ECF: don.stecker@lgbs.com | **Tom Green CAD**<br>c/o Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 |
| **Newtek Small Business Finance, LLC**<br>c/o Michael Flume<br>Flume Law Firm, LLP<br>1020 N.E. Loop 410, Suite 530<br>San Antonio, TX 78209 | **Frost Bank**<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX 78215 | **Travis County**<br>c/o Kay D. Brock<br>Assistant Travis County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 |
| **Mark Paul**<br>AutoAp, Inc.<br>P.O. Box 91507<br>Portland, OR 97291 | **Austin CONRAC, LLC**<br>c/o Sabrina L. Streusand<br>Streusand, Landon Ozburn & Lemmon, LLP<br>1801 S. MoPac Expressway Ste 320<br>Austin, TX 78746 | **Stephanie Hernandez**<br>c/o Charlie Shelton<br>Hajjar Peters, LLP<br>3144 Bee Caves Rd.<br>Austin, TX 78746 |

| **The Hertz Corporation** | **The Comptroller of Public Accounts of the State of Texas** | **Selig Leasing Company, Inc.** |
|---|---|---|
| c/o William J. Hanlon | c/o John Mark Stern | Michael G. Colvard |
| Nascine Howell | Assistant Attorney General | Martin & Drought, P.C. |
| Seyfarth Shaw LLP | Bankruptcy & Collections Division | Bank of America Plaza, 25th Floor |
| Two Seaport Lane, #300 | MC 008 | 300 Convent Street |
| Boston, MA 02210 | P.O. Box 12548 | San Antonio, TX 78205 |
| | Austin, TX 78711-2548 | |

**Selig Leasing Company, Inc.**  **Pearl Capital Funding**
c/o Samuel C. Wisotzkey    c/o Anthony F. Giuliano
Kohner, Mann & Kailas, S.C.  Pryor & Mandelup, L.L.P.
Washington Building       675 Old Country Road
4650 N. Port Washington Rd.  Westbury, New York 11590
Milwaukee, WI 53212-1059

**EMAIL NOTICES**

Hincklease via pdf email to

Chris@hincklease.com
Pkeith@djplaw.com
Brian@hincklease.com