# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **In re:** § | |
| § | **CHAPTER 11 CASE** |
| **CLEARWATER TRANSPORTATION, LTD.,** § | |
| § | **CASE NO. 19-50292-cag** |
| **Debtor.**[1] § | |

## WITNESS AND EXHIBIT LIST FOR HEARING
## ON MARCH 28, 2019 AT 10:30 A.M.

Clearwater Transportation Ltd. (the "Debtor"), the Debtor-in-Possession in the above-captioned Case, files this *Witness and Exhibit List for Hearing on March 28, 2019 at 10:30 a.m.*

## WITNESSES

The Debtor may call the following witnesses at the Hearing:

1. Monty Merrill

The Debtor reserves the right to call or not call any witnesses designated by any other party, as well as additional rebuttal witnesses.

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification number are 2020.

2

## **EXHIBITS**

The Debtor designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Settlement Agreement and Stipulation | | | | | | |
| 2. | Chart Showing Debtor's Incentives Earned | | | | | | |
| 3. | Redacted Chart Showing Vehicles Ordered and Unfunded | | | | | | |

The Debtor reserves the right to use any exhibits presented by any other party. The Debtor also reserves the right to use and/or present demonstratives for any purpose. The Debtor also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment or rebuttal purposes at the hearing.

The Debtor reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing. Any party wishing to receive a copy of any of the foregoing exhibits should email Patrick L. Huffstickler at phuffstickler@dykema.com. Requested exhibits will be provided by electronic transmission.

Dated: March 27, 2019.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Patrick L. Huffstickler*
Patrick L. Huffstickler
State Bar No. 10199250
phuffstickler@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)
**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas.

*/s/ Patrick L. Huffstickler*
Patrick L. Huffstickler