# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CLEARWATER TRANSPORTATION, LTD | § | Case No. 19-50292 |
| | § | |
| Debtor | § | |

## WITHDRAWAL OF THE COUNTY OF BELL TAX APPRAISAL DISTRICT'S OBJECTION TO DEBTOR'S SECOND INTERIM ORDER (I) AUTHORIZING DEBTOR TO USE CAS COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; AND (III) GRANTING RELATED RELIEF

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P. O. Box 1269, Round Rock, Texas 78680, is the attorney for the County of Bell Tax Appraisal District, and is authorized to Withdraw the foregoing Objection on behalf of the Claimant.

2. Therefore, The County of Bell Tax Appraisal District withdraws its claim against the Debtor as all concerns has been addressed.

Dated: April 8, 2019

    Respectively submitted,

    */s/ Tara LeDay*
    Tara LeDay TX 24106701
    Telephone: (512) 323-3200
    Email: tleday@mvbalaw.com
    **MCCREARY, VESELKA, BRAGG & ALLEN, P.C.**
    *Attorneys for the County of Bell Tax Appraisal District*
    P. O. Box 1269
    Round Rock, TX 78680-1269

## CERTIFICATE OF OBJECTION

      The undersigned hereby certifies that on April 8, 2019, a true and correct copy of the foregoing Withdrawal of Objection was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas.

| | |
|---|---|
| Debtor:<br>Clearwater Transportation<br>6013 Fountainwood<br>San Antonio, TX 78233 | Debtor's counsel:<br>Patrick L. Huffstickler<br>phuffstickler@dykema.com<br><br>Jesse Tyner Moore<br>jmoore@dykema.com<br><br><br>*/s/ Tara LeDay*<br>Tara LeDay |