**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11 CASE** |
| | § | |
| **CLEARWATER TRANSPORTATION, LTD.,** | § | **CASE NO. 19-50292-cag** |
| | § | |
| **Debtor.[1]** | § | |

## WITNESS AND EXHIBIT LIST FOR HEARING
## ON MAY 16, 2019 AT 9:00 A.M.

Clearwater Transportation Ltd. (the "Debtor"), the Debtor-in-Possession in the above-captioned Case, files this *Witness and Exhibit List for Hearing on May 16 at 9:00 a.m.*

### WITNESSES

The Debtor may call the following witnesses at the Hearing:

1. Monty Merrill

2. Marshall Fein

The Debtor reserves the right to call or not call any witnesses designated by any other party, as well as additional rebuttal witnesses.

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification number are 2020.

117928.000001 4829-2186-7158.1 5/10/2019 (5:49 PM)

## EXHIBITS

The Debtor designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Final Cash Collateral Order and Budget | | | | | | |
| 2. | Declaration of Monty Merrill | | | | | | |
| 3. | Schedules | | | | | | |
| 4. | Clearwater/CONRAC Sublease (Dollar) | | | | | | |
| 5. | Clearwater/CONRAC Sublease (Thrifty) | | | | | | |
| 6. | Master Lease (without Exhibits) | | | | | | |
| 7. | Service Center Lease with City of Austin | | | | | | |
| 8. | O&M Aging Detail | | | | | | |
| 9. | FY 2018 Rent Reimbursement Request | | | | | | |
| 10. | Emails on FY 2018 Rent Reimbursement | | | | | | |
| 11. | CONRAC Chart on FY 2018 Rent Paid | | | | | | |
| 12. | CONRAC Rent Reserve Chart | | | | | | |

117928.000001 4829-2186-7158.1 5/10/2019 (5:49 PM)

| EXHIBIT NUMBER | DESCRIPTION | M A R K E D | O F F E R E D | O B J E C T | A D M I T | D A T E | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 13. | FY 2018 O&M Reimbursement Request | | | | | | |
| 14. | Charts (Revised and Initial) of FY 2018 O&M Costs – Actual vs. Budget | | | | | | |
| 15. | Email of Mr. Fein and Ms. Hamm on Rent and O&M Reimbursement | | | | | | |
| 16. | Rent Chart for CONRAC | | | | | | |
| 17. | Chase Account Statement | | | | | | |

The Debtor reserves the right to use any exhibits presented by any other party. The Debtor also reserves the right to use and/or present demonstratives for any purpose. The Debtor also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment or rebuttal purposes at the hearing.

The Debtor reserves the right to supplement or amend this Witness and Exhibit List any time prior to the hearing. Any party wishing to receive a copy of any of the foregoing exhibits should email Patrick L. Huffstickler at phuffstickler@dykema.com. Requested exhibits will be provided by electronic transmission.

Dated: May 10, 2019.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Patrick L. Huffstickler*
       Patrick L. Huffstickler
       State Bar No. 10199250
       phuffstickler@dykema.com
       112 East Pecan Street, Suite 1800
       San Antonio, Texas 78205
       (210) 554-5500
       (210) 226-8395 (Fax)
**COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that on May 10th, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas.

*/s/ Patrick L. Huffstickler*
Patrick L. Huffstickler