#92 Motion to Extend Time to Assume or Reject Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)(B)(i) (WITH 21-DAY OBJECTION LANGUAGE) filed by Patrick L. Huffstickler for Debtor Clearwater Transportation, Ltd.

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Clearwater Transportation, Ltd. | v. Austin Conrad, LLC and City of Austin | DISTRICT COURT Western - San Antonio |
|---|---|---|
| **PLAINTIFF'S ATTORNEY** Patrick Huffstickler | **DEFENDANT'S ATTORNEY** Sabrina Streusand Afton Trevino | **DOCKET NUMBER** 19-50292 **TRIAL DATE(S)** 5/16/19 |
| **PRESIDING JUDGE** **CRAIG A. GARGOTTA** | **ELECTRONIC COURT RECORDING OPERATOR** Emilio Luna | **COURTROOM DEPUTY** **LISA ELIZONDO** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| XX | | 5/16/19 | XX | 5/16/19 | Exhibits 1 through 8 ADMITTED (see attachment for description) |
| XX | | 5/16/19 | XX | 5/16/19 | Exhibits 9 through 17 ADMITTED (exhibits sealed per court order) |
| | | | | | |
| | XX | 5/16/19 | XX | 5/16/19 | Exhibits 1 through 13 ADMITTED (see attachment for description) |
| W1 | | 5/16/19 | | | Monty Merrill |
| | | | | | |
| W2 | | 5/16/19 | | | Marshall Fein |
| | | | | | |
| | W1 | 5/16/19 | | | Marshall Fein |
| | | | | | |
| W3 | | 5/16/19 | | | Susana Carbajal |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FILED

MAY 16 2019

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Page (s)

## Clearwater Transportation Ltd.  EXHIBITS

The Debtor designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT. | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Final Cash Collateral Order and Budget | | | | | | |
| 2. | Declaration of Monty Merrill | | | | | | |
| 3. | Schedules | | | | | | |
| 4. | Clearwater/CONRAC Sublease (Dollar) | | | | | | |
| 5. | Clearwater/CONRAC Sublease (Thrifty) | | | | | | |
| 6. | Master Lease (without Exhibits) | | | | | | |
| 7. | Service Center Lease with City of Austin | | | | | | |
| 8. | O&M Aging Detail | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

117928.000001 4829-2186-7158.1 5/10/2019 (5:49 PM)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

§
§
§
§
Debtor.                                   §

AMENDED JOINT EXHIBIT LIST AND WITNESS LIST OF
AUSTIN CONRAC, LLC AND THE CITY OF AUSTIN

Exhibits

| Exh. | Description | Marked | Admitted |
|---|---|---|---|
| 1 | Market Share and Customer Facility Charge Reports: October 2017 – December 2018 | | |
| 2 | Summary Chart – Dollar and Thrifty Reported Revenue since opening of CONRAC | | |
| 3 | Dollar Car Rental's Break Out of Fees and Cost for a Potential Customer as of March 16, 2018 | | |
| 4 | Monthly Operating Report February 2019 | | |
| 5 | Monthly Operating Report March 2019 | | |
| 6 | Office Lease Filed as Confidential for In Camera Review | | |
| 7 | Amendments to Subleases | | |
| 8 | April ABIA Revenue/CFC and TL Vehicle Tax/Expense Report | | |
| 9 | Ground Lease Filed as Confidential for In Camera Review | | |

| 10 | Concession Agreement – Dollar Car Rental | | |
|----|------------------------------------------|--|--|
| 11 | Concession Agreement – Thrifty Car Rental | | |
| 12 | February City of Austin  Invoices | | |
| 13 | Aged Transactions – May 2019 | | |