**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 20, 2019**



_____
           **CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re: § <br> § **CHAPTER 11 CASE** <br> **CLEARWATER TRANSPORTATION, LTD.,** § <br> § **CASE NO. 19-50292-cag** <br> Debtor.[1] § | |

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO ASSUME
OR REJECT LEASES OF NONRESIDENTIAL REAL PROPERTY
PURSUANT TO 11 U.S.C. § 365(d)(4)(B)(i)**

      The Court has considered the *Debtor's Motion to Extend Time to Assume or Reject Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)(B)(i)* (the "Motion").[2] The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification number are 2020.

[2] Capitalized terms unless otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

the Court has the constitutional authority to enter a Final Order on the Motion; (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (v) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (vi) all objections to the Motion have been resolved by this Order or are overruled in their entirety; and (vii) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the Motion and providing for the relief as set forth herein.

**IT IS, THEREFORE, ORDERED** that the Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor's deadline to assume or reject nonresidential leases of real property (specifically including the "Leases" referenced in the Motion) under 11 U.S.C. § 365(d)(4)(A) is hereby extended through and including **September 5, 2019**.

**IT IS FURTHER ORDERED** that the extension as granted herein is without prejudice to such further requests that may be made pursuant to 11 U.S.C. § 365(d)(4)(B)(ii) for cause shown with the consent of the relevant lessor.

**IT IS FURTHER ORDERED** that this Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

# # #

Prepared and submitted by:

Patrick L. Huffstickler
State Bar No. 10199250
phuffstickler@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**