UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| CLEARWATER TRANSPORTATION, LTD. | § § § § § | |
| DEBTOR | § | CASE NO. 19-50292-cag |

**<u>NEWTEK SMALL BUSINESS FINANCE, LLC's OBJECTION TO ENTRY OF AN ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT</u>**

TO THE HONORABLE RONALD B. KING, CHIEF U.S. BANKRUPTCY JUDGE:

NOW COMES, Newtek Small Business Finance, LLC ("Newtek"), and hereby files its Objection to Entry of An Order Approving Debtor's Disclosure Statement, and in support of such Objection, Newtek states as follows:

I.

**BACKGROUND**

1. On February 7, 2019, Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Debtor is continuing to operate as a debtor-in-possession.

3. On June 7, 2019, Debtor filed its Chapter 11 Plan [Docket No. 116] (the "Plan").

4. On July 1, 2019, Debtor filed its Disclosure Statement [Docket No. 130].

5. On July 2, 2019, a Notice of Hearing on Approval of Disclosure Statement was filed by the Clerk of the U.S. Bankruptcy [Docket No. 131], and by the Debtor [Docket No. 132]. In both notices, the hearing is set forth August 8, 2019. Any objections to the Disclosure Statement are required to be filed by July 29, 2019.

6. Upon review of the Debtor's Disclosure Statement, Debtor attached as its last page Exhibit 3, titled Plan Financial Projections, followed by:

[TO BE FILED NOT LATER THAN SEVEN DAYS BEFORE DISCLOSURE STATEMENT HEARING].

7. Seven days prior to the hearing on the Disclosure Statement is August 1, 2019.

8. As of today, July 29, 2019, the date Objections are due, Debtor's Exhibit 3 providing the Plan Financial Projections has not been filed.

## II.
## BASIS FOR OBJECTION

9. 11 U.S.C. § Section 1125(b) provides, in part, that an "acceptance or rejection of a plan may not be solicited...unless [there has been]...a written disclosure statement approved...by the court as containing adequate information."

10. "Adequate information" is defined in §1125(a)(1) as:

information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgement about the plan, but adequate information need not provide such information about any other possible or proposed plan.

11. Debtor, by its own admission, filed an incomplete Disclosure Statement and therefore, at this date, the day Objections are due, does not comply with the requirement for adequate information. Newtek cannot evaluate whether the Disclosure Statement will provide the information needed to decide whether to accept the plan.

12. In the event Debtor timely files its Exhibit 3 containing its Plan Financial Projections, Newtek reserves the right to further object to the adequacy of the information.

WHEREFORE, PREMISES CONSIDERED, Newtek prays:

1. That the Court denies approval of the Disclosure Statement.

2. And for such other and further relief to which Newtek may be justly entitled.

Dated this 29th day of July 2019.

Respectfully submitted,

FLUME LAW FIRM, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, Texas 78209
(210) 828-5641
(210) 821-6069 Facsimile

*/s/ Michael Flume*
MICHAEL FLUME
State Bar No. 07188480
mflume@flumelaw.net

ATTORNEYS FOR NEWTEK SMALL BUSINESS FINANCE, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, a true and correct copy of the foregoing instrument has been served upon all parties requesting service via ECF notification, and/or via email or first-class mail to the parties on the attached service list.

/s/ Michael Flume
MICHAEL FLUME

# Clearwater Transportation, Ltd. – 19-50292
## Limited Service List

**Debtor:**
Clearwater Transportation, Ltd.
6013 Fountainwood
San Antonio, TX 78233
**Via Mail**

**Attorney for Debtor**
Patrick L. Huffstickler
Dykema Gossett PLLC
112 E. Pecan St., #1800
San Antonio, TX 78205
ECF: phuffstickler@dykema.com

**Office of the U.S. Trustee**
615 E. Houston, Suite 533
San Antonio, TX 78205
Via ECF: USTP.Region07@usdoj.gov

### LENDERS/POTENTIAL SECURED CREDITORS

Funding Circle
FC Marketplace, LLC
747 Front St., 4th Fl.
San Francisco CA 94111
**Via Mail**

Newtek Small Business Finance LLC
1981 Marcus Ave., #130
Lake Success NY 11042
**Via Mail**

IOU Central Inc.
600 TownPark Lane, Suite 100
Kennesaw, GA 30144
**Via Mail**

Funding Metrics, LLC
dba Lendini
884 TownCenter Drive
Langhorne, PA 19047
**Via Mail**

Pioneer Park LLC
P.O. Box 398321
San Francisco, CA 94139-8321
**Via Mail**

AmeriCredit Financial Services, Inc.
dba GM Financial
P.O. Box 183593
Arlington, TX 76096-3834
**Via Mail**

**Pearl Delta Funding LLC**
c/o Pryor & Mandelup
Attn: Anthony Giuliano
675 Old Country Road
Westbury, NY 11590
**Via Mail**

### TAXING AND REGULATORY AGENCIES

Bell County Appraisal District
P.O. Box 390
Belton TX 76513-0390
**Via Mail**

City of Austin
Controller's Office
P.O. Box 2920
Austin TX 78768-2920
**Via Mail**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
**Via Mail**

Texas Comptroller of Public Accounts
Revenue Accounting Division -
Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711
**Via Mail**

Texas Workforce Commission
TWC Building - Regulatory Integrity
Division
101 East 15th Street
Austin, TX 78778
**Via Mail**

Travis County Tax Office
Bruce Elfant, Tax Assessor-Collector
P.O. Box 149328
Austin, TX 78714-9328
**Via Mail**

Tom Green Appraisal District
2302 Pulliam St.
San Angelo TX 76905
**Via Mail**

Albert Uresti, MPA, PCC
Bexar County Tax Assessor-Collector
P.O. Box 2903
San Antonio, TX 78299-2903
**Via Mail**

United States Department of Justice –
All Divisions:
United States Attorney, Civil Process Clerk
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216
**Via Mail**

## AIRPORT CONCESSION PARTIES

City of Austin
c/o U.S. Bank, N.A.
P.O. Box 70870
Saint Paul MN 55170-9705
**Via Mail**

Director of Aviation
THE CITY OF AUSTIN
Austin-Bergstrom International Airport
3600 Presidential Blvd., Suite 411
Austin, TX 78719
**Via Mail**

The Airport Properties Manager
Department of Aviation
THE CITY OF AUSTIN
Austin-Bergstrom International Airport
3600 Presidential Blvd., Suite 411
Austin, TX 78719
**Via Mail**

City of Austin
City Clerk
301 W. Second St.
Austin, TX 78701
**Via Mail**

City of Killeen
8101 S. Clear Creek Rd., Box C
Killeen, TX 76549
**Via Mail**

Killeen-Fort Hood Regional Airport
Attn: Executive Director of Aviation
8101 S. Clear Creek Rd., Box C
Killeen, TX 76549
**Via Mail**

City of Killeen
Attn: City Attorney
101 N. College St., 1st Floor
Killeen, TX 76541
**Via Mail**

City of San Angelo
San Angelo Regional Airport-Mathis Field
8618 Terminal Circle, Ste. 101
San Angelo, TX 76904
**Via Mail**

City Attorney's Office
72 W. College Avenue
San Angelo, TX 76903
**Via Mail**

Austin Conrac, LLC
Conrac Managing, c/o Conrac Solutions
981 Lowell Ave. SW, #125
Renton, WA 98057
**Via Mail**

## TOP 20 UNSECURED CREDITORS (EXCLUSIVE OF OTHER CATEGORIES)

ATS Processing Services
1150 N. Alma School Rd.
Mesa, AZ 85201
**Via Mail**

Calhoun, Thomson & Matza
9500 Aboretum Blvd., #120
Austin, TX 78759
**Via Mail**

Dent Crafters
166 Briar Forest Dr.
Bastrop, TX 78602
**Via Mail**

Highway Toll Administrations
66 Powerhouse Rd., #103
Roslyn Heights, NY 11577
**Via Mail**

Town North Nissan
9160A Research Blvd.
Austin, TX 78758
**Via Mail**

## CONTRACT AND VEHICLE LEASE PARTIES

Hincklease, Inc.
Attn: Bill Jeffries
2305 President's Dr., Ste. F
Salt Lake City UT 84120
**Via Mail**

Selig Leasing Company, Inc.
Attn: Steve Schaefer
2510 S. 108th St.
West Allis WI 53227
**Via Mail**

Hertz Global Holdings
Thrifty Rent-A-Car System, Inc.
Dollar Rent A Car, Inc.
Attn: Robert M. Barton
8501 Williams Road
Estero, FL 33928
**Via Mail**

Union Leasing, Inc.
P.O. Box 75850
Chicago, IL 60675-5850
**Via Mail**

The Bancorp
409 Silverside Road
Suite 105
Wilmington, DE 19809
**Via Mail**

Harbor Properties
850 S. Hermitage Road, Suite B1
Hermitage, PA 16148
**Via Mail**

Commercial Fleet Leasing
The Bancorp Bank
Attn: Paul F. Pollock
626 Jacksonville Road, Suite 205
Warminster, PA 18974
**Via Mail**

DTG
Dba DTG Operations, Inc.
Attn: Lockbox Dept. 673
6242 E. 41st Street
Tulsa, OK 74135
**Via Mail**

Bancorp Bank
Attn: Paul F. Pollock
3755 Park Lake St.
Orlando FL 32803-5265
**Via Mail**

## NOTICES OF APPEARANCE

**Bell County Tax Appraisal District**
c/o Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
P O Box 1269
Round Rock, TX 78680-1269
ECF: tleday@mvbalaw.com

**Bexar County**
c/o Don Stecker
Linebarger Goggan Blair & Sampson LLP
711 Navarro Street, Ste 300
San Antonio, TX 78205
ECF: don.stecker@lgbs.com

**Tom Green CAD**
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

**Newtek Small Business Finance, LLC**
c/o Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209

**Frost Bank**
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215

**Travis County**
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767

**Mark Paul**
AutoAp, Inc.
P.O. Box 91507
Portland, OR 97291

**Austin CONRAC, LLC**
c/o Sabrina L. Streusand
Streusand, Landon Ozburn & Lemmon, LLP
1801 S. MoPac Expressway Ste 320
Austin, TX 78746

**Stephanie Hernandez**
c/o Charlie Shelton
Hajjar Peters, LLP
3144 Bee Caves Rd.
Austin, TX 78746

**The Hertz Corporation**
c/o William J. Hanlon
Nascine Howell
Seyfarth Shaw LLP
Two Seaport Lane, #300
Boston, MA 02210

**The Comptroller of Public Accounts
of the State of Texas**
c/o John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division
MC 008
P.O. Box 12548
Austin, TX 78711-2548

**Selig Leasing Company, Inc.**
Michael G. Colvard
Martin & Drought, P.C.
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, TX 78205

**Selig Leasing Company, Inc.**
c/o Samuel C. Wisotzkey
Kohner, Mann & Kailas, S.C.
Washington Building
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059

**Pearl Capital Funding**
c/o Anthony F. Giuliano
Pryor & Mandelup, L.L.P.
675 Old Country Road
Westbury, New York 11590

**Hincklease**
c/o Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

## EMAIL NOTICES

Hincklease via pdf email to

Chris@hincklease.com
Pkeith@djplaw.com
Brian@hincklease.com