IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CHAPTER 11 CASE |
| CLEARWATER TRANSPORTATION, LTD., | § | |
| | § | CASE NO. 19-50292-cag |
| Debtor.[1] | § | |

**DEBTOR'S UNOPPOSED MOTION TO CONTINUE DISCLOSURE STATEMENT HEARING**

**To the Honorable United States Bankruptcy Judge Craig A. Gargotta:**

Clearwater Transportation, Ltd. (the "Debtor"), the debtor and debtor-in-possession in this chapter 11 case (the "Case"), files this *Debtor's Unopposed Motion to Continue Disclosure Statement Hearing* (the "Motion"). By this Motion, Debtor requests the entry of an order, substantially in the form attached hereto as **Exhibit A**, continuing the hearing to consider approval of *Disclosure Statement Under 11 U.S.C. § 1125 in Support of the Plan of Reorganization of the Debtor and Debtor in Possession Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") [ECF No. 130], which is currently set for August 8, 2019, at 9:30 a.m. In support of the Motion, Debtor respectfully states as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. RELEVANT BACKGROUND

3. Debtor is a rental car company franchisee operating under the Dollar Rent A Car and Thrifty Rent A Car brands. Debtor's corporate headquarters is located in San Antonio,

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification number are 2020.

4849-3217-3470.1 8/2/2019 (12:52 PM)

1

Texas. Debtor operates as Dollar Rent A Car and Thrifty Rent A Car at the Austin-Bergstrom International Airport in Austin, Texas.

4. Additional information about Debtor's business can be found in the *Declaration of Monty Merrill in Support of First Day Motions* [ECF No. 14].

5. On February 7, 2019, Debtor filed its voluntary petition in this Court for reorganization relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), as amended from time to time. Debtor continues to operate its business and manage its properties as debtor and debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Case, and no committees have been appointed or designated by the United States Trustee.

### III. RELIEF REQUESTED

6. The City of Austin, Austin Conrac, LLC, the United States Trustee for the Western District of Texas, and Newtek Small Business Finance, LLC have filed objections to Debtor's Disclosure Statement. Debtor and its counsel are actively engaged in Disclosure Statement and Plan negotiations with those and other parties, including Selig Leasing Company. A settlement meeting between Debtor and the City of Austin and the Austin Conrac is scheduled for August 7, 2019. Additionally, Debtor anticipates continuing to address Disclosure Statement and Plan issues with the other active creditors in the Case. Thus, Debtor seeks additional time to attempt to negotiate consensual Plan terms and agreements with the aforementioned parties and/or to at least resolve pending formal or informal objections to the Disclosure Statement with a subsequent revision of the Disclosure Statement. Debtor believes a continuance of the Disclosure Statement hearing to allow such negotiations and discussions is warranted and is in the best interest of the Debtor's estate.

7. In accordance with Local Rule 9014(f), Debtor respectfully requests that the Court continue the August 8, 2019 Disclosure Statement hearing to August 23, 2019, at 9:30 a.m., a setting Debtor understands is available on the Court's docket.

### IV. CONCLUSION

WHEREFORE, for the foregoing reasons, Debtor respectfully requests that the Court enter an order continuing the August 8, 2019 Disclosure Statement hearing to August 23, 2019, at 9:30 a.m.. Debtor also requests such other and further relief as is just and proper.

Dated: August 2, 2019. Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Patrick L. Huffstickler*
    Patrick L. Huffstickler
    State Bar No. 10199250
    phuffstickler@dykema.com
    Danielle N. Rushing
    State Bar No. 24086961
    drushing@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    (210) 554-5500
    (210) 226-8395 (Fax)

**COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION**

## CERTIFICATE OF CONFERENCE

I certify that on August 1 and 2, 2019, that I conferred with Afton Trevino on behalf of the City of Austin; Sabrina Streusand on behalf of Austin Conrac, LLC; Michael Flume on behalf of Newtek Small Business Finance, LLC; Sam Wisotzkey and Michael Colvard on behalf of Selig Leasing Company, Inc.; and Kevin Epstein on behalf of the Office of the United States Trustee for the Western District of Texas regarding this Motion. Those parties do not oppose the relief requested herein.

/s/ *Patrick L. Huffstickler*
Patrick L. Huffstickler

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on August 2, 2019, by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas and by first-class mail to the parties on the attached Limited Service List.

/s/ *Danielle N. Rushing*
Danielle N. Rushing

## Clearwater Transportation, Ltd. – 19-50292
## Limited Service List

**Debtor:**
Clearwater Transportation, Ltd.
6013 Fountainwood
San Antonio, TX 78233
**Via Mail**

**Attorney for Debtor**
Patrick L. Huffstickler
Dykema Gossett PLLC
112 E. Pecan St., #1800
San Antonio, TX 78205
ECF: phuffstickler@dykema.com

**Office of the U.S. Trustee**
615 E. Houston, Suite 533
San Antonio, TX 78205
**Via ECF:** USTP.Region07@usdoj.gov

### LENDERS/POTENTIAL SECURED CREDITORS

Funding Circle
FC Marketplace, LLC
747 Front St., 4th Fl.
San Francisco CA 94111
**Via Mail**

Newtek Small Business Finance LLC
1981 Marcus Ave., #130
Lake Success NY 11042
**Via Mail**

IOU Central Inc.
600 TownPark Lane, Suite 100
Kennesaw, GA 30144
**Via Mail**

Funding Metrics, LLC
dba Lendini
884 TownCenter Drive
Langhome, PA 19047
**Via Mail**

Pioneer Park LLC
P.O. Box 398321
San Francisco, CA 94139-8321
**Via Mail**

AmeriCredit Financial Services, Inc.
dba GM Financial
P.O. Box 183593
Arlington, TX 76096-3834
**Via Mail**

**Pearl Delta Funding LLC**
c/o Pryor & Mandelup
Attn: Anthony Giuliano
675 Old Country Road
Westbury, NY 11590
**Via Mail**

### TAXING AND REGULATORY AGENCIES

Bell County Appraisal District
P.O. Box 390
Belton TX 76513-0390
**Via Mail**

City of Austin
Controller's Office
P.O. Box 2920
Austin TX 78768-2920
**Via Mail**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
**Via Mail**

Texas Comptroller of Public Accounts
Revenue Accounting Division -
Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711
**Via Mail**

Texas Workforce Commission
TWC Building - Regulatory Integrity
Division
101 East 15th Street
Austin, TX 78778
**Via Mail**

Travis County Tax Office
Bruce Elfant, Tax Assessor-Collector
P.O. Box 149328
Austin, TX 78714-9328
**Via Mail**

Tom Green Appraisal District
2302 Pulliam St.
San Angelo TX 76905
**Via Mail**

| | | |
|---|---|---|
| Albert Uresti, MPA, PCC<br>Bexar County Tax Assessor-Collector<br>P.O. Box 2903<br>San Antonio, TX 78299-2903<br>**Via Mail** | United States Department of Justice -<br>All Divisions:<br>United States Attorney, Civil Process<br>Clerk<br>601 N. W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>**Via Mail** | |

**AIRPORT CONCESSION PARTIES**

| | | |
|---|---|---|
| City of Austin<br>c/o U.S. Bank, N.A.<br>P.O. Box 70870<br>Saint Paul MN 55170-9705<br>**Via Mail** | | Director of Aviation<br>THE CITY OF AUSTIN<br>Austin-Bergstrom International Airport<br>3600 Presidential Blvd., Suite 411<br>Austin, TX 78719<br>**Via Mail** |
| The Airport Properties Manager<br>Department of Aviation<br>THE CITY OF AUSTIN<br>Austin-Bergstrom International Airport<br>3600 Presidential Blvd., Suite 411<br>Austin, TX 78719<br>**Via Mail** | City of Austin<br>City Clerk<br>301 W. Second St.<br>Austin, TX 78701<br>**Via Mail** | City of Killeen<br>8101 S. Clear Creek Rd., Box C<br>Killeen, TX 76549<br>**Via Mail** |
| Killeen-Fort Hood Regional Airport<br>Attn: Executive Director of Aviation<br>8101 S. Clear Creek Rd., Box C<br>Killeen, TX 76549<br>**Via Mail** | City of Killeen<br>Attn: City Attorney<br>101 N. College St., 1st Floor<br>Killeen, TX 76541<br>**Via Mail** | City of San Angelo<br>San Angelo Regional Airport-Mathis Field<br>8618 Terminal Circle, Ste. 101<br>San Angelo, TX 76904<br>**Via Mail** |
| City Attorney's Office<br>72 W. College Avenue<br>San Angelo, TX 76903<br>**Via Mail** | Austin Conrac, LLC<br>Conrac Managing, c/o Conrac Solutions<br>981 Lowell Ave. SW, #125<br>Renton, WA 98057<br>**Via Mail** | |

**TOP 20 UNSECURED CREDITORS (EXCLUSIVE OF OTHER CATEGORIES)**

| | | |
|---|---|---|
| ATS Processing Services<br>1150 N. Alma School Rd.<br>Mesa, AZ 85201<br>**Via Mail** | Calhoun, Thomson & Matza<br>9500 Aboretum Blvd., #120<br>Austin, TX 78759<br>**Via Mail** | Dent Crafters<br>166 Briar Forest Dr.<br>Bastrop, TX 78602<br>**Via Mail** |
| Highway Toll Administrations<br>66 Powerhouse Rd., #103<br>Roslyn Heights, NY 11577<br>**Via Mail** | Town North Nissan<br>9160A Research Blvd.<br>Austin, TX 78758<br>**Via Mail** | |

## CONTRACT AND VEHICLE LEASE PARTIES

Hincklease, Inc.
Attn: Bill Jeffries
2305 President's Dr., Ste. F
Salt Lake City UT 84120
**Via Mail**

Selig Leasing Company, Inc.
Attn: Steve Schaefer
2510 S. 108th St.
West Allis WI 53227
**Via Mail**

Hertz Global Holdings
Thrifty Rent-A-Car System, Inc.
Dollar Rent A Car, Inc.
Attn: Robert M. Barton
8501 Williams Road
Estero, FL 33928
**Via Mail**

Union Leasing, Inc.
P.O. Box 75850
Chicago, IL 60675-5850
**Via Mail**

The Bancorp
409 Silverside Road
Suite 105
Wilmington, DE 19809
**Via Mail**

Harbor Properties
850 S. Hermitage Road, Suite B1
Hermitage, PA 16148
**Via Mail**

Commercial Fleet Leasing
The Bancorp Bank
Attn: Paul F. Pollock
626 Jacksonville Road, Suite 205
Warminster, PA 18974
**Via Mail**

DTG
Dba DTG Operations, Inc.
Attn: Lockbox Dept. 673
6242 E. 41st Street
Tulsa, OK 74135
**Via Mail**

Bancorp Bank
Attn: Paul F. Pollock
3755 Park Lake St.
Orlando FL 32803-5265
**Via Mail**

## NOTICES OF APPEARANCE

**Bell County Tax Appraisal District**
c/o Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
P O Box 1269
Round Rock, TX 78680-1269
ECF: tleday@mvbalaw.com

**Bexar County**
c/o Don Stecker
Linebarger Goggan Blair & Sampson LLP
711 Navarro Street, Ste 300
San Antonio, TX 78205
ECF: don.stecker@lgbs.com

**Tom Green CAD**
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

**Newtek Small Business Finance, LLC**
c/o Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209

**Frost Bank**
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215

**Travis County**
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767

**Mark Paul**
AutoAp, Inc.
P.O. Box 91507
Portland, OR 97291

**Austin CONRAC, LLC**
c/o Sabrina L. Streusand
Streusand, Landon Ozburn & Lemmon, LLP
1801 S. MoPac Expressway Ste 320
Austin, TX 78746

**Stephanie Hernandez**
c/o Charlie Shelton
Hajjar Peters, LLP
3144 Bee Caves Rd.
Austin, TX 78746

| | | |
|---|---|---|
| **The Hertz Corporation**<br>c/o William J. Hanlon<br>Nascine Howell<br>Seyfarth Shaw LLP<br>Two Seaport Lane, #300<br>Boston, MA 02210 | **The Comptroller of Public Accounts of the State of Texas**<br>c/o John Mark Stern<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | **Selig Leasing Company, Inc.**<br>Michael G. Colvard<br>Martin & Drought, P.C.<br>Bank of America Plaza, 25th Floor<br>300 Convent Street<br>San Antonio, TX 78205 |
| **Selig Leasing Company, Inc.**<br>c/o Samuel C. Wisotzkey<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059 | **Pearl Capital Funding**<br>c/o Anthony F. Giuliano<br>Pryor & Mandelup, L.L.P.<br>675 Old Country Road<br>Westbury, New York 11590 | **Hincklease**<br>c/o Ray Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218 |

**EMAIL NOTICES**

Hincklease via pdf email to

Chris@hincklease.com
Pkeith@djplaw.com
Brian@hincklease.com

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **CLEARWATER TRANSPORTATION, LTD.,** | § § § | **CHAPTER 11 CASE** <br> **CASE NO. 19-50292-cag** |
| Debtor.[1] | § | |

**ORDER GRANTING DEBTORS' UNOPPOSED MOTION TO CONTINUE
DISCLOSURE STATEMENT HEARING [ECF NO.      ]**

The Court has considered the *Debtor's Unopposed Motion to Continue Disclosure Statement Hearing* (the "Motion")[2] filed by Clearwater Transportation, Ltd. (the "Debtor"), as debtor and debtor-in possession in the above-captioned case. Having reviewed the Motion, and it appearing that this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification number are 2020.
[2] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

4830-3556-1886.1 8/2/2019 (11:57 AM)

Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided to Debtor's Limited Service List, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of Debtor, Debtor's estate and the creditors thereof, and all parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. The Disclosure Statement hearing currently set on August 8, 2019, at 9:30 a.m., is hereby continued to August 23, 2019 at 9:30 a.m. as ordered herein above.

3. Debtor shall serve notice of the continued hearing date on Debtor's Limited Service List within two (2) business days of the entry of this Order.

4. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

###

Prepared and submitted by:

**DYKEMA GOSSETT PLLC**
Patrick L. Huffstickler
State Bar No. 10199250
phuffstickler@dykema.com
Danielle N. Rushing
State Bar No. 24086961
drushing@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**