IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | CHAPTER 11 CASE |
| CLEARWATER TRANSPORTATION, LTD., | § § | CASE NO. 19-50292-cag |
| Debtor.[1] | § § | |

**NOTICE OF FILING OF SUPPLEMENTAL FINAL CASH COLLATERAL BUDGET FOR TIME PERIOD OF SEPTEMBER THROUGH NOVEMBER 2019**

**PLEASE TAKE NOTICE THAT,** pursuant to the *Final Order (I) Authorizing Debtor to Use Cash Collateral; (II) Granting Adequate Protection; and (III) Granting Related Relief* [ECF No. 85] (the "Final Cash Collateral Order"), the Debtor and Debtor-in-Possession, Clearwater Transportation, Ltd. ("Debtor"), submits its Supplemental Final Cash Collateral Budget for the time period of September Through November, 2019, which Supplemental Final Cash Collateral Budget is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE THAT** Debtor's current cash collateral budget expires at the end of the week beginning August 26, 2019. The Final Cash Collateral Order provides that Debtor shall serve its proposed Supplemental Final Cash Collateral Budgets twenty-one (21) days before the end of the time period covered by the then existing and operative Final Cash Collateral Budget. Parties-in-interest shall file any objection to any such proposed Supplemental Final Cash Collateral Budget within seven (7) days of the filing date of the proposed Supplemental Final Cash Collateral Budget or such proposed Supplemental Final Cash Collateral Budget shall become operative and effective. Thus, the objection deadline with

---

[1] The Debtor's address is 6013 Fountainwood, San Antonio, Texas 78233 and the last four digits of its Federal Tax Identification number are 2020.

respect to this Notice and the attached Supplemental Final Cash Collateral Budget is **August 16, 2019.**

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Final Cash Collateral Order, in the event that any objection is filed to the Supplemental Final Cash Collateral Budget attached hereto as Exhibit "A," Debtor shall file an expedited motion for approval of such Proposed Supplemental Final Cash Collateral Budget by the Bankruptcy Court.

Dated: August 9, 2019.

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Patrick L. Huffstickler*
Patrick L. Huffstickler, State Bar No. 10199250
phuffstickler@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas and by U.S. first-class mail to the parties on the attached Limited Service List.

*/s/ Patrick L. Huffstickler*
Patrick L. Huffstickler

# Clearwater Transportation, Ltd. – 19-50292
## Limited Service List

**Debtor:**
Clearwater Transportation, Ltd.
6013 Fountainwood
San Antonio, TX 78233
**Via Mail**

**Attorney for Debtor**
Patrick L. Huffstickler
Dykema Gossett PLLC
112 E. Pecan St., #1800
San Antonio, TX 78205
ECF: phuffstickler@dykema.com

**Office of the U.S. Trustee**
615 E. Houston, Suite 533
San Antonio, TX 78205
**Via ECF:** USTP.Region07@usdoj.gov

## LENDERS/POTENTIAL SECURED CREDITORS

Funding Circle
FC Marketplace, LLC
747 Front St., 4th Fl.
San Francisco CA 94111
**Via Mail**

Newtek Small Business Finance LLC
1981 Marcus Ave., #130
Lake Success NY 11042
**Via Mail**

IOU Central Inc.
600 TownPark Lane, Suite 100
Kennesaw, GA 30144
**Via Mail**

Funding Metrics, LLC
dba Lendini
884 TownCenter Drive
Langhome, PA 19047
**Via Mail**

Pioneer Park LLC
P.O. Box 398321
San Francisco, CA 94139-8321
**Via Mail**

AmeriCredit Financial Services, Inc.
dba GM Financial
P.O. Box 183593
Arlington, TX 76096-3834
**Via Mail**

**Pearl Delta Funding LLC**
c/o Pryor & Mandelup
Attn: Anthony Giuliano
675 Old Country Road
Westbury, NY 11590
**Via Mail**

## TAXING AND REGULATORY AGENCIES

Bell County Appraisal District
P.O. Box 390
Belton TX 76513-0390
**Via Mail**

City of Austin
Controller's Office
P.O. Box 2920
Austin TX 78768-2920
**Via Mail**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
**Via Mail**

Texas Comptroller of Public Accounts
Revenue Accounting Division -
Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711
**Via Mail**

Texas Workforce Commission
TWC Building - Regulatory Integrity
Division
101 East 15th Street
Austin, TX 78778
**Via Mail**

Travis County Tax Office
Bruce Elfant, Tax Assessor-Collector
P.O. Box 149328
Austin, TX 78714-9328
**Via Mail**

Tom Green Appraisal District
2302 Pulliam St.
San Angelo TX 76905
**Via Mail**

| | | |
|---|---|---|
| Albert Uresti, MPA, PCC<br>Bexar County Tax Assessor-Collector<br>P.O. Box 2903<br>San Antonio, TX 78299-2903<br>**Via Mail** | United States Department of Justice - All Divisions:<br>United States Attorney, Civil Process Clerk<br>601 N. W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>**Via Mail** | |

**AIRPORT CONCESSION PARTIES**

| | | |
|---|---|---|
| City of Austin<br>c/o U.S. Bank, N.A.<br>P.O. Box 70870<br>Saint Paul MN 55170-9705<br>**Via Mail** | | Director of Aviation<br>THE CITY OF AUSTIN<br>Austin-Bergstrom International Airport<br>3600 Presidential Blvd., Suite 411<br>Austin, TX 78719<br>**Via Mail** |
| The Airport Properties Manager<br>Department of Aviation<br>THE CITY OF AUSTIN<br>Austin-Bergstrom International Airport<br>3600 Presidential Blvd., Suite 411<br>Austin, TX 78719<br>**Via Mail** | City of Austin<br>City Clerk<br>301 W. Second St.<br>Austin, TX 78701<br>**Via Mail** | City of Killeen<br>8101 S. Clear Creek Rd., Box C<br>Killeen, TX 76549<br>**Via Mail** |
| Killeen-Fort Hood Regional Airport<br>Attn: Executive Director of Aviation<br>8101 S. Clear Creek Rd., Box C<br>Killeen, TX 76549<br>**Via Mail** | City of Killeen<br>Attn: City Attorney<br>101 N. College St., 1st Floor<br>Killeen, TX 76541<br>**Via Mail** | City of San Angelo<br>San Angelo Regional Airport-Mathis Field<br>8618 Terminal Circle, Ste. 101<br>San Angelo, TX 76904<br>**Via Mail** |
| City Attorney's Office<br>72 W. College Avenue<br>San Angelo, TX 76903<br>**Via Mail** | Austin Conrac, LLC<br>Conrac Managing, c/o Conrac Solutions<br>981 Lowell Ave. SW, #125<br>Renton, WA 98057<br>**Via Mail** | |

**TOP 20 UNSECURED CREDITORS (EXCLUSIVE OF OTHER CATEGORIES)**

| | | |
|---|---|---|
| ATS Processing Services<br>1150 N. Alma School Rd.<br>Mesa, AZ 85201<br>**Via Mail** | Calhoun, Thomson & Matza<br>9500 Aboretum Blvd., #120<br>Austin, TX 78759<br>**Via Mail** | Dent Crafters<br>166 Briar Forest Dr.<br>Bastrop, TX 78602<br>**Via Mail** |
| Highway Toll Administrations<br>66 Powerhouse Rd., #103<br>Roslyn Heights, NY 11577<br>**Via Mail** | Town North Nissan<br>9160A Research Blvd.<br>Austin, TX 78758<br>**Via Mail** | |

## CONTRACT AND VEHICLE LEASE PARTIES

Hincklease, Inc.
Attn: Bill Jeffries
2305 President's Dr., Ste. F
Salt Lake City UT 84120
**Via Mail**

Selig Leasing Company, Inc.
Attn: Steve Schaefer
2510 S. 108th St.
West Allis WI 53227
**Via Mail**

Hertz Global Holdings
Thrifty Rent-A-Car System, Inc.
Dollar Rent A Car, Inc.
Attn: Robert M. Barton
8501 Williams Road
Estero, FL 33928
**Via Mail**

Union Leasing, Inc.
P.O. Box 75850
Chicago, IL 60675-5850
**Via Mail**

The Bancorp
409 Silverside Road
Suite 105
Wilmington, DE 19809
**Via Mail**

Harbor Properties
850 S. Hermitage Road, Suite B1
Hermitage, PA 16148
**Via Mail**

Commercial Fleet Leasing
The Bancorp Bank
Attn: Paul F. Pollock
626 Jacksonville Road, Suite 205
Warminster, PA 18974
**Via Mail**

DTG
Dba DTG Operations, Inc.
Attn: Lockbox Dept. 673
6242 E. 41st Street
Tulsa, OK 74135
**Via Mail**

Bancorp Bank
Attn: Paul F. Pollock
3755 Park Lake St.
Orlando FL 32803-5265
**Via Mail**

## NOTICES OF APPEARANCE

**Bell County Tax Appraisal District**
c/o Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
P O Box 1269
Round Rock, TX 78680-1269
ECF: tleday@mvbalaw.com

**Bexar County**
c/o Don Stecker
Linebarger Goggan Blair & Sampson LLP
711 Navarro Street, Ste 300
San Antonio, TX 78205
ECF: don.stecker@lgbs.com

**Tom Green CAD**
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

**Newtek Small Business Finance, LLC**
c/o Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209

**Frost Bank**
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215

**Travis County**
c/o Kay D. Brock
Assistant Travis County Attorney
P.O. Box 1748
Austin, TX 78767

**Mark Paul**
AutoAp, Inc.
P.O. Box 91507
Portland, OR 97291

**Austin CONRAC, LLC**
c/o Sabrina L. Streusand
Streusand, Landon Ozburn & Lemmon, LLP
1801 S. MoPac Expressway Ste 320
Austin, TX 78746

**Stephanie Hernandez**
c/o Charlie Shelton
Hajjar Peters, LLP
3144 Bee Caves Rd.
Austin, TX 78746

| | | |
|---|---|---|
| **The Hertz Corporation**<br>c/o William J. Hanlon<br>Nascine Howell<br>Seyfarth Shaw LLP<br>Two Seaport Lane, #300<br>Boston, MA 02210 | **The Comptroller of Public Accounts of the State of Texas**<br>c/o John Mark Stern<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | **Selig Leasing Company, Inc.**<br>Michael G. Colvard<br>Martin & Drought, P.C.<br>Bank of America Plaza, 25th Floor<br>300 Convent Street<br>San Antonio, TX 78205 |
| **Selig Leasing Company, Inc.**<br>c/o Samuel C. Wisotzkey<br>Kohner, Mann & Kailas, S.C.<br>Washington Building<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059 | **Pearl Capital Funding**<br>c/o Anthony F. Giuliano<br>Pryor & Mandelup, L.L.P.<br>675 Old Country Road<br>Westbury, New York 11590 | **Hincklease**<br>c/o Ray Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218 |

**EMAIL NOTICES**

Hincklease via pdf email to

Chris@hincklease.com
Pkeith@djplaw.com
Brian@hincklease.com

# EXHIBIT "A"

**Clearwater Transportation, Ltd**
Bankruptcy Case # 19-50292-cag
Supplemental Final Cash Collateral Budget, Sept-Nov 2019

| | Beginning | Week 0902 | Week 0909 | Week 0916 | Week 0923 |
|---|---|---|---|---|---|
| Cash on hand (beginning of week) | $45,933.88 | $45,933.88 | $83,205.15 | $28,447.39 | $76,698.22 |
| Cash on hand (end of week) | $45,933.88 | $83,205.15 | $28,447.39 | $76,698.22 | $69,921.79 |
| **CASH RECEIPTS** | Beginning | 6 | 7 | 8 | 9 |
| Cash sales | | $125,925.93 | $125,925.93 | $125,925.93 | $125,925.93 |
| Damage & Gas Collections | | $10,749.53 | $10,749.53 | $10,749.53 | $10,749.53 |
| Vehicle Sales | | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| Pass Thru Collections (CFC, TL, MV, PP, ETC) | | $41,914.97 | $38,930.62 | $49,498.30 | $83,767.71 |
| Owner contributions | | | | | |
| **TOTAL CASH RECEIPTS** | $0.00 | $187,340.42 | $184,356.07 | $194,923.75 | $229,193.16 |
| Total cash available | $45,933.88 | $233,274.30 | $267,561.21 | $223,371.14 | $305,891.37 |
| **CASH PAID OUT** | Beginning | 6 | 7 | 8 | 9 |
| American Express (Incl. Tolls) | | | $6,000.00 | | $6,000.00 |
| Body Shop Repairs | | $7,030.49 | $7,030.49 | $7,030.49 | $7,030.49 |
| City of Austin - MAGS | | | | | $44,837.09 |
| City of Austin Excess | | | | $7,583.33 | |
| City of Austin - Service Center | | | | | $3,176.25 |
| City of Killeen - Mags/Rent/Excess | | | | | |
| City of San Angelo - Mags/Rent/Excess | | | | | |
| Communications/Telephone/Internet | | $4,500.00 | | | |
| Comptroller 5% Qtrly (Town Lake) | | $9,828.83 | | $9,828.83 | |
| Contract Labor - Shuttlers | | | $1,076.50 | | |
| CONRAC Rent & O&M | | | | | $35,051.00 |
| Credit Card Discounts POS | | $22,379.56 | | | |
| Employee Benefit Programs | | | $10,488.25 | | |
| Fuel - CONRAC | | $2,435.63 | $2,435.63 | $2,435.63 | $2,435.63 |
| Hertz Statement | | $37,500.00 | $37,500.00 | $37,500.00 | $37,500.00 |
| Insurance Fleet | | | $18,000.00 | | |
| Motor Vehicle Rental Tax (10% Tax) | | $19,657.66 | | $19,657.66 | |
| Office Supplies & Expenses | | $187.50 | $187.50 | $187.50 | $187.50 |
| Payroll/PR Fees/Workers Comp | | | $50,471.83 | | $40,000.00 |
| Interest Expense | | | | | |
| Rent/Lease Harbor / Real Estate | | $7,700.00 | | | |
| TSD - POS Software | | $6,300.00 | | | |
| US Bank Trustee - CFC's | | | $26,502.14 | | $26,502.14 |
| Utilities & Trash | | $600.00 | | | $1,300.00 |
| Vehicle Repair & Maintenance | | $2,165.00 | $2,165.00 | $2,165.00 | $2,165.00 |
| Tag and tax | | $757.75 | $757.75 | $757.75 | $757.75 |
| US Trustee Fee | | $2,026.75 | $2,026.75 | $2,026.75 | $2,026.75 |
| Capital One | | | | | |
| Vehicle Payoffs | | | | | |
| **SUBTOTAL** | | $123,069.16 | $164,641.82 | $89,172.93 | $208,969.58 |
| NP IOU | | | | | |
| NP Pearl | | | | | |
| NP Funding Metrics Lendini | | | | | |
| FC Marketplace-Pioneer Park | | | | | |
| NP Newtek SBA | | | | $8,472.00 | |
| NP Bancorp - Fleet | | | | | $30,500.00 |
| NP GM Financial - Fleet | | | | | |
| NP Hincklease - Fleet | | $27,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| NP Selig - Fleet | | | $39,000.00 | | |
| Professional Fees | | | | | |
| Owners' withdrawal | | | | | |
| **TOTAL CASH PAID OUT** | | $150,069.16 | $239,113.82 | $146,672.93 | $235,969.58 |
| | | | | | |
| Cash on hand (end of week) | $45,933.88 | $83,205.15 | $28,447.39 | $76,698.22 | $69,921.79 |

**Clearwater Transportation, Ltd**
Bankruptcy Case # 19-50292-cag
Supplemental Final Cash Collateral Budget, Sept-Nov

| | Week 0930 | Week 1007 | Week 1014 | Week 1021 | Week 1028 |
|---|---|---|---|---|---|
| Cash on hand (beginning of week) | $69,921.79 | $50,746.46 | $54,688.16 | $5,512.62 | $51,962.90 |
| Cash on hand (end of week) | $50,746.46 | $54,688.16 | $5,512.62 | $51,962.90 | $145,885.94 |
| **CASH RECEIPTS** | 10 | 11 | 11 | 12 | |
| Cash sales | $116,844.65 | $116,844.65 | $116,844.65 | $116,844.65 | $116,844.65 |
| Damage & Gas Collections | $10,665.34 | $10,665.34 | $10,665.34 | $10,665.34 | $10,665.34 |
| Vehicle Sales | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Pass Thru Collections (CFC, TL, MV, PP, ETC) | $19,463.76 | $64,968.53 | $35,682.90 | $64,968.53 | $64,300.85 |
| Owner contributions | | | | | |
| **TOTAL CASH RECEIPTS** | $153,973.75 | $199,478.52 | $170,192.89 | $199,478.52 | $198,810.84 |
| Total cash available | $223,895.54 | $250,224.98 | $224,881.06 | $204,991.14 | $250,773.75 |
| **CASH PAID OUT** | 10 | 11 | 11 | 12 | |
| American Express (Incl. Tolls) | | $6,000.00 | | $6,000.00 | |
| Body Shop Repairs | $6,746.92 | $6,746.92 | $6,746.92 | $6,746.92 | $6,746.92 |
| City of Austin - MAGS | | | | | $44,837.09 |
| City of Austin Excess | | | $16,219.14 | | |
| City of Austin - Service Center | | | | | $3,176.25 |
| City of Killeen - Mags/Rent/Excess | | | | | |
| City of San Angelo - Mags/Rent/Excess | | | | | |
| Communications/Telephone/Internet | | $4,500.00 | | | |
| Comptroller 5% Qtrly (Town Lake) | $7,632.03 | | $7,632.03 | | $7,632.03 |
| Contract Labor - Shuttlers | | $1,076.50 | | | |
| CONRAC Rent & O&M | | | | | $35,051.00 |
| Credit Card Discounts POS | $26,025.62 | | | | |
| Employee Benefit Programs | | $10,488.25 | | | |
| Fuel - CONRAC | $1,948.50 | $1,948.50 | $1,948.50 | $1,948.50 | $1,948.50 |
| Hertz Statement | | | $70,625.83 | | |
| Insurance Fleet | | $18,000.00 | | | |
| Motor Vehicle Rental Tax (10% Tax) | | $22,896.09 | | $22,896.09 | |
| Office Supplies & Expenses | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Payroll/PR Fees/Workers Comp | | $50,471.83 | | $40,000.00 | |
| Interest Expense | | | | | |
| Rent/Lease Harbor / Real Estate | $7,700.00 | | | | |
| TSD - POS Software | $6,300.00 | | | | |
| US Bank Trustee - CFC's | | $30,240.72 | | $30,240.72 | |
| Utilities & Trash | $600.00 | | | | $1,300.00 |
| Vehicle Repair & Maintenance | $1,732.00 | $1,732.00 | $1,732.00 | $1,732.00 | $1,732.00 |
| Tag and tax | $606.20 | $606.20 | $606.20 | $606.20 | $606.20 |
| US Trustee Fee | $1,707.82 | $1,707.82 | $1,707.82 | $1,707.82 | $1,707.82 |
| Capital One | | | | | |
| Vehicle Payoffs | | | | | |
| **SUBTOTAL** | $61,149.09 | $156,564.82 | $107,368.44 | $112,028.24 | $104,887.81 |
| NP IOU | | | | | |
| NP Pearl | | | | | |
| NP Funding Metrics Lendini | | | | | |
| FC Marketplace-Pioneer Park | | | | | |
| NP Newtek SBA | | $8,472.00 | | | |
| NP Bancorp - Fleet | | $30,500.00 | | | |
| NP GM Financial - Fleet | | | | | |
| NP Hincklease - Fleet | $112,000.00 | | $112,000.00 | | |
| NP Selig - Fleet | | | | $41,000.00 | |
| Professional Fees | | | | | |
| Owners' withdrawal | | | | | |
| **TOTAL CASH PAID OUT** | $173,149.09 | $195,536.82 | $219,368.44 | $153,028.24 | $104,887.81 |
| Cash on hand (end of week) | $50,746.46 | $54,688.16 | $5,512.62 | $51,962.90 | $145,885.94 |

**Clearwater Transportation, Ltd**
Bankruptcy Case # 19-50292-cag
Supplemental Final Cash Collateral Budget, Sept-Nov

|  | Week 1104 | Week 1111 | Week 1118 | Week 1125 | Total |
|---|---|---|---|---|---|
| Cash on hand (beginning of week) | $145,885.94 | $156,690.02 | $103,883.11 | $117,729.62 | |
| Cash on hand (end of week) | $156,690.02 | $103,883.11 | $117,729.62 | $215,367.46 | |
| **CASH RECEIPTS** | | | | | Total |
| Cash sales | $119,326.54 | $119,326.54 | $119,326.54 | $119,326.54 | $1,565,233.11 |
| Damage & Gas Collections | $7,423.50 | $7,423.50 | $7,423.50 | $7,423.50 | $126,018.80 |
| Vehicle Sales | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $105,000.00 |
| Pass Thru Collections (CFC, TL, MV, PP, ETC) | $55,401.77 | $21,386.59 | $60,354.40 | $66,223.68 | $666,862.63 |
| Owner contributions | | | | | $0.00 |
| **TOTAL CASH RECEIPTS** | $190,901.81 | $156,886.63 | $195,854.44 | $201,723.72 | $2,463,114.54 |
| Total cash available | $336,787.75 | $313,576.65 | $299,737.55 | $319,453.34 | |
| **CASH PAID OUT** | | | | | Total |
| American Express (Incl. Tolls) | $6,000.00 | | $6,000.00 | | $36,000.00 |
| Body Shop Repairs | $2,844.68 | $2,844.68 | $2,844.68 | $2,844.68 | $73,235.26 |
| City of Austin - MAGS | | | | $44,837.09 | $134,511.27 |
| City of Austin Excess | | | $4,952.63 | | $28,755.10 |
| City of Austin - Service Center | | | | $3,176.25 | $9,528.75 |
| City of Killeen - Mags/Rent/Excess | | | | | $0.00 |
| City of San Angelo - Mags/Rent/Excess | | | | | $0.00 |
| Communications/Telephone/Internet | $4,500.00 | | | | $13,500.00 |
| Comptroller 5% Qtrly (Town Lake) | | $9,335.57 | | $9,335.57 | $61,224.89 |
| Contract Labor - Shuttlers | $1,076.50 | | | | $3,229.50 |
| CONRAC Rent & O&M | | | | $35,051.00 | $105,153.00 |
| Credit Card Discounts POS | $21,224.43 | | | | $69,629.61 |
| Employee Benefit Programs | $10,488.25 | | | | $31,464.75 |
| Fuel - CONRAC | $2,435.63 | $2,435.63 | $2,435.63 | $2,435.63 | $29,227.50 |
| Hertz Statement | | | $77,318.58 | | $297,944.41 |
| Insurance Fleet | $18,000.00 | | | | $54,000.00 |
| Motor Vehicle Rental Tax (10% Tax) | $18,671.15 | | $18,671.15 | | $122,449.78 |
| Office Supplies & Expenses | $187.50 | $187.50 | $187.50 | $187.50 | $2,250.00 |
| Payroll/PR Fees/Workers Comp | $50,471.83 | | $40,000.00 | | $271,415.49 |
| Interest Expense | | | | | $0.00 |
| Rent/Lease Harbor / Real Estate | $7,700.00 | | | | $23,100.00 |
| TSD - POS Software | $6,300.00 | | | | $18,900.00 |
| US Bank Trustee - CFC's | $24,679.61 | | $24,679.61 | | $162,844.91 |
| Utilities & Trash | $600.00 | | | $1,300.00 | $5,700.00 |
| Vehicle Repair & Maintenance | $2,165.00 | $2,165.00 | $2,165.00 | $2,165.00 | $25,980.00 |
| Tag and tax | $757.75 | $757.75 | $757.75 | $757.75 | $9,093.00 |
| US Trustee Fee | $1,995.41 | $1,995.41 | $1,995.41 | $1,995.41 | $24,627.74 |
| Capital One | | | | | $0.00 |
| Vehicle Payoffs | | | | | $0.00 |
| **SUBTOTAL** | $180,097.73 | $19,721.54 | $182,007.93 | $104,085.88 | $1,613,764.96 |
| NP IOU | | | | | $0.00 |
| NP Pearl | | | | | $0.00 |
| NP Funding Metrics Lendini | | | | | $0.00 |
| FC Marketplace-Pioneer Park | | | | | $0.00 |
| NP Newtek SBA | | $8,472.00 | | | $25,416.00 |
| NP Bancorp - Fleet | | $30,500.00 | | | $91,500.00 |
| NP GM Financial - Fleet | | | | | $0.00 |
| NP Hincklease - Fleet | | $112,000.00 | | | $444,000.00 |
| NP Selig - Fleet | | $39,000.00 | | | $119,000.00 |
| Professional Fees | | | | | $0.00 |
| Owners' withdrawal | | | | | $0.00 |
| **TOTAL CASH PAID OUT** | $180,097.73 | $209,693.54 | $182,007.93 | $104,085.88 | $2,293,680.96 |
| | | | | | |
| Cash on hand (end of week) | $156,690.02 | $103,883.11 | $117,729.62 | $215,367.46 | |